

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

JUL 14 2025

for the

Central District of California

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

_____ Division

| | |
|---|---|
| Leonard Johnson | Case No. 1:25-CV-00850-HBK (PC) |
| 1507 4th Ave #6 | *(to be filled in by the Clerk's Office)* |
| Oakland, CA 94606 | |
| *Plaintiff(s)* | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| H. Martinez, Warden, Pleasant Valley State Prison, | |
| California Department of Corrections and Rehabilitation | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED

JUL 14 2025

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Leonard Johnson |
| Address | 1507 4th Ave.#6 |

| | | |
|---|---|---|
| Oakland | CA | 94606 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Alameda |
| Telephone Number | (510) 978-2018 |
| E-Mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | H. Martinez |
| Job or Title *(if known)* | Warden, Pleasant Valley State Prison |
| Address | 24863 W. Jayne Ave. |

| | | |
|---|---|---|
| Coalinga | CA | 93210 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Fresno |
| Telephone Number | (559) 935-4900 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Matthew Cate |
| Job or Title *(if known)* | Secretary, CDCR |
| Address | 1515 S. Street |

| | | |
|---|---|---|
| Scaramento | CA | 94511 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Sacramento |
| Telephone Number | (916) 324-7308 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [ ] Official capacity

Defendant No. 3
    Name                                S. Lonigro

    Job or Title *(if known)*    Chief Medical Officer, Pleasant Valley State Prison

    Address                          24863 W. Jayne Avenue

| | | |
|---|---|---|
| Coalinga | CA | 93210 |
| *City* | *State* | *Zip Code* |

    County                            Fresno

    Telephone Number           (559) 935-4900

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name

    Job or Title *(if known)*

    Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment deprivation, based upon prison officials failure to protect inmate from "environmental-hazard," "deliberate-indifference," to serious medical need, Equal Protection under the 14th Amendment, based upon "pairity of medical," and not disprorportinate treatment of inmates based upon race, and/or national origin,

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

In Pleasant Valley State Prison, at the time of his incarceration at the facility

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The initial exposure of plaintiff to valley occurred in 2011: however, due to the gravity and aggressive nature of the disease, plaintiff has contracted said disease several times, and most recently had surgery as a result of disseminated valley fever. This re-occurence of the disease forms the basis of the new claim

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

As a result of CDCR having a "Pattern and practice," of "deliberately-exposing 'African-American inmates,'" to valley fever, and its devastating effects; has placed plaintiff in "emminent harm of exposure and/or death, from valley fever, and its collateral effects. The aforementioned defendants were aware of the inherent risks to African-American inmates prior to their transfer/intake; yet failed to protect them; and were "deliberately-indifferent" to their exposure, medical complications, and permanent, life-threatening dangers.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries resulting form the deliberate exposure, has resulted in several internal medical appoints, permanent administration of fluconazole (Diflucan) to "treat" said disease, plaintiff has nerve damage, deterioation of muscoskeletal body mass. Most recently, evasive surgery as a result of the disease in question, and permanent disability

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff seeks to sue the aforementioned defendants in their individual and official capacity, to have compensatory damages,and punitive damages, in accordance to the jury award and/or determined by the court, and any equitable relief to be determined by the court.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            07/09/2025

Signature of Plaintiff        *Leonard Johnson*

Printed Name of Plaintiff      Leonard Johnson

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

Telephone Number

E-mail Address

ALAMEDA
HEALTH SYSTEM

Case 3:25-cv-00960-HBK    Document 1    Filed 07/14/25    Page 7 of 65
John, Howard J
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS

### Reason for Visit

Chief complaint: Hyperglycemia
Visit diagnoses:
- Abscess of scrotum (primary)
- Hyperglycemia due to diabetes mellitus
- AKI (acute kidney injury)

Hospital problems:
- **Abscess of scrotum (primary)**
- AKI (acute kidney injury)
- High blood pressure
- Low sodium levels
- Pain in scrotum
- Uncontrolled type 2 diabetes mellitus with hyperglycemia

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 02/20/2025 1407 | Admit Date/Time: | 02/20/2025 1445 | IP Adm. Date/Time: | 02/20/2025 1826 |
| Admission Type: | Emergency | Point of Origin: | Home/non-healthcare Facility | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | ALAMEDA HEALTH SYSTEM | Unit: | San Leandro Hospital 3MS |
| Admit Provider: | Raikanti, Anupama T., MD | Attending Provider: | Outhay, Malena, MD | Referring Provider: | |

#### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Admit** | -- | Raikanti, Anupama T., MD | Thu Feb 20, 2025 6:26 PM | Level of Care: Acute [1]<br>Inpatient-only procedure:: No<br>Diagnosis: Scrotal abscess [327745]<br>Admitting Physician: RAIKANTI, ANUPAMA T. [459]<br>Attending Physician: RAIKANTI, ANUPAMA T. [459]<br>Provider Care Team: SLH IP TEAM A [3040000054]<br>Bed request comments: med surg<br>Anticipated Disposition: Home<br>Telemetry required: No |

#### Discharge Information

| | |
|---|---|
| Date/Time: 02/26/2025 1323 | Disposition: Home/assisted Living/group Home/board And Care |
| Provider: Raikanti, Anupama T., MD | Unit: San Leandro Hospital 3MS |

Destination: Home

#### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Clinic, Osita Health | | Go on 3/5/2025 | OFFICE VISIT on Wednesday, 3/5/25@11:15 am with Rosemary Tarampi,NP. Please arrive by 11:00 am for registration. | 2521 Seminary Ave, Ste 1<br>Oakland CA 94605<br>510-777-1000 |

Inpatient Order for Follow-up with primary physician (PCP) - Alameda Health System will contact patient with date and time



## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

**Visit Information (continued)**

| | | |
|---|---|---|
| Clinic, Davis Street Primary Care | General Practice | 3081 TEGARDEN STREET San Leandro CA 94577 510-347-4620 |
| No, Pcp | General Practice | *** NO ADDRESS FOUND *** |

### Level of Service

**Level of Service**

PR EMERGENCY DEPARTMENT VISIT HIGH MDM


ALAMEDA
HEALTH SYSTEM

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

**Infection Status** as of 2/26/2025

| Infection | Onset | Added | Added By |
|-----------|-------|-------|----------|
| MRSA | 02/20/25 | 02/24/25 1147 | Result: Wound culture [93071175] |

### Patient as-of Visit

**Problem List** as of 2/26/2025

| Problem | Noted On | Resolved On |
|---------|----------|-------------|
| AKI (acute kidney injury) (CMS/HCC) | 02/20/2025 | 02/26/2025 |
| Essential hypertension | 07/15/2013 | — |
| Hyponatremia | 02/20/2025 | 02/26/2025 |
| Scrotal abscess | 02/20/2025 | — |
| Scrotum pain | 06/01/2021 | 02/26/2025 |
| Uncontrolled type 2 diabetes mellitus with hyperglycemia (CMS/HCC) | 10/24/2019 | — |

### ED Notes

ED Notes by Rogers, Leslie, RN at 2/20/2025 2028

### ED RN Handoff Note

**Pertinent Handoff Info:**

*Lantus pen sent with patient*

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Hyperglycemia
    *Sent here by Dr's office, triage FS 485 mg/dl*

**Diagnosis:**

| | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Scrotal abscess** | **N49.2** | **608.4** |
| 2. | Hyperglycemia due to diabetes mellitus (CMS/HCC) | E11.65 | 250.02 |
| 3. | AKI (acute kidney injury) (CMS/HCC) | N17.9 | 584.9 |

Scrotal abscess

**Past Medical History:**
**Past Medical History:**

## ALAMEDA
### HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

Diagnosis                              Date
- Diabetes mellitus (CMS/HCC)

**Allergies:**
Patient has no known allergies.

**Code Status:**
Full Code: Full treatment

**Fall Risk**
    Mobility

    Morse Fall Risk
    History of Falling, Immediate or Within 3 Months: 0
    Secondary Diagnosis: 0
    Ambulatory Aid: 0
    Intravenous Therapy/Heparin Lock: 20
    Gait/Transferring: 0
    Mental Status: 0
    Morse Fall Risk Score: 20

    Fall Risk Interventions

**Isolation Order (blank if NA):**
No active isolations

**Legal Status Order:**
.

**Restraint Orders:**
**Most Recent Restraint Order** (From admission, onward)

  None

**Restraint Documentation:**

**Restraint Monitoring (1:1)**
**Flowsheet Data**
  No data to display

ALAMEDA
HEALTH SYSTEM

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**ED Notes (continued)**

**Level of Care:**
Medicine

**Telemetry:**
No active Telemetry Order

**Abnormal Labs (Most Recent):**
Abnormal Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| Hemoglobin | 13.8 (*) |
| Hematocrit | 39.9 (*) |
| Eosinophil Auto % | 0.6 (*) |
| Monocyte # | 0.30 (*) |

All other components within normal limits
**COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following components:**

| Chloride | 94 (*) |
|---|---|
| Urea Nitrogen (BUN) | 40 (*) |
| Creatinine | 1.9 (*) |
| Glucose | 653 (*) |
| Total Protein | 8.9 (*) |
| eGFR Calculation | 39 (*) |
| Sodium | 129 (*) |

All other components within normal limits
**URINALYSIS REFLEX (ALL CAMPUSES) - Abnormal; Notable for the following components:**

| Glucose, Urine | >=1000 (*) |
|---|---|
| Ketone, Urine | TRACE (*) |
| Specific Gravity, Urine | <=1.005 (*) |

All other components within normal limits
**BETA HYDROXYBUTYRATE - Abnormal; Notable for the following components:**

| BETA-HYDROXYBUTYRATE | 1.10 (*) |
|---|---|

All other components within normal limits
**BASIC METABOLIC PANEL - Abnormal; Notable for the following components:**

| Urea Nitrogen (BUN) | 35 (*) |
|---|---|
| Creatinine | 1.5 (*) |

**ALAMEDA**
**HEALTH SYSTEM**

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

| | |
|---|---|
| Glucose | 308 (*) |
| eGFR Calculation | 51 (*) |

All other components within normal limits

**HEMOGLOBIN A1C - Abnormal; Notable for the following components:**

| | |
|---|---|
| HEMOGLOBIN A1C | >14.9 (*) |

All other components within normal limits

**C-REACTIVE PROTEIN - Abnormal; Notable for the following components:**

| | |
|---|---|
| C-REACTIVE PROTEIN | 10.6 (*) |

All other components within normal limits

**Vitals (12 Hours):**
**ED Vitals from 02/20/25 0826 to 02/20/25 2026**

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|---|
| 02/20/25 2000 | 36.8 °C (98.3 °F) | 76 | 17 | 137/73 | 99 % | -- | LR |
| 02/20/25 1916 | -- | -- | -- | -- | -- | 77.1 kg (170 lb) | RLR |
| 02/20/25 1844 | -- | 86 | 20 | 127/82 | 99 % | -- | RLR |
| 02/20/25 1630 | -- | 84 | 12 | 146/78 | 99 % | -- | CV |
| 02/20/25 1628 | -- | 87 | 18 | 143/79 | 99 % | -- | CV |
| 02/20/25 1605 | -- | 84 | 18 | **163/81** ! | 100 % | -- | CV |
| 02/20/25 1408 | 37.1 °C (98.8 °F) | 99 | 18 | 116/78 | 100 % | -- | JRB |

**ED Pain Assessemnt/Reassessment (most recent)**

Vital Signs - 02/20/25 2000

| Pain Assessment | |
|---|---|
| Pain Assessment | No/denies pain |
| Pain Score | 0 - No pain |


**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

## Head to Toe Assessment:
### Neurological

| Row Name | 02/20/25 1745 |
|---|---|
| Neurological | |
| Neuro (WDL) | X |
| Level of Consciousness | Alert |
| Orientation Level | Oriented X4 |
| Cognition | Follows commands |
| Speech | Clear |

| Row Name | 02/20/25 1745 |
|---|---|
| Glasgow Coma Scale | |
| Best Eye Response | Spontaneous |
| Best Verbal Response | Oriented |
| Best Motor Response | Follows commands |
| Glasgow Coma Scale Score | 15 |

### Respiratory

| Row Name | 02/20/25 1412 |
|---|---|
| Respiratory | |
| Respiratory (WDL) | WDL |
| Respiratory Pertinent Negatives | Respirations regular/unlabored;No cough |
| Oxygen Therapy | None (Room air) |

| Row Name | 02/20/25 1412 |
|---|---|
| Cough | |
| Cough Present | No |
| Mask Applied | Yes |



**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

Cardiac/Telemetry

| Row Name | 02/20/25 1745 |
|---|---|

Cardiac
 Cardiac (WDL)               X !
 Cardiac Regularity          Regular
 Chest Pain Present          No

Gastrointestinal

| Row Name | 02/20/25 1745 |
|---|---|

Gastrointestinal
 Gastrointestinal (WDL)              X !
 Gastrointestinal Pertinent          Soft/nontender/nondi
 Negatives                           stended;Denies
                                     complaints

Genitourinary

| Row Name | 02/20/25 1745 |
|---|---|

Genitourinary
 Genitourinary (WDL)         X
 Urinary Incontinence        No
 Male Genitalia              Swelling 🗎 scrotum
                             swelling


**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

Musculoskeletal

| Row Name | 02/20/25 1745 |
| --- | --- |
| Musculoskeletal | |
| Musculoskeletal (WDL) | WDL |
| Musculoskeletal Pertinent Negatives | Moves all extremities |

Skin Color/Condition

| Row Name | 02/20/25 1745 |
| --- | --- |
| Skin Color/Condition | |
| Skin Color/Condition (WDL) | **X !** |
| Skin Pertinent Negatives | Warm;Dry |
| Skin Color | Appropriate for ethnicity |

Psychosocial

| Row Name | 02/20/25 1745 |
| --- | --- |
| Psychosocial | |
| Psychosocial (WDL) | WDL |


**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**ED Notes (continued)**

Braden Scale Assessment

| Row Name | 02/20/25 1745 |
| --- | --- |
| Braden Scale | |
| Sensory Perceptions | 4 |
| Moisture | 4 |
| Activity | 4 |
| Mobility | 4 |
| Nutrition | 4 |
| Friction and Shear | 3 |
| Braden Scale Score | 23 |

**Current Cardiac Rhythm** (Please Choose):
regular rate and rhythm

**Current LDA's:**
Peripheral IV 02/20/25 Left Antecubital (Active)
*02/20/25 1520 Antecubital*
*Placed by External Staff?:*
*Hand Hygiene Completed: Yes*
*IV Change Due:*
*Size (Gauge): 18 G*
*Orientation: Left*
*Location:*
*Site Prep: Skin prepped with ChloraPrep*
*Patient Prep:*
*Local Anesthetic: None*
*Technique: Anatomical landmarks*
*Inserted by: ID*
*Insertion attempts: 1*
*Patient Tolerance: Tolerated well*
*Removal Reason :*

**Medication Administrations:**
**ED Medication Administration from 02/20/2025 1407 to 02/20/2025 2026**

| Date/Time | Order | Dose | Route | Action | Action by |
| --- | --- | --- | --- | --- | --- |
| 02/20/2025 | **sodium chloride 0.9 % bolus** | 2,000 | intraven | New Bag | Vu, C |



ALAMEDA
HEALTH SYSTEM

Johnson, Leonard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 1529 PST 02/20/2025 | **2,000 mL sodium chloride 0.9 % bolus 2,000 mL** | mL 0 mL | ous intravenous | Stopped | Rulloda, R |
| 1629 PST 02/20/2025 | **cefepime (MAXIPIME) IV push 2,000 mg** | 2,000 mg | intravenous | Given | Vu, C |
| 1630 PST 02/20/2025 | **insulin regular (HumuLIN R) injection 5 Units** | 5 Units | intravenous | Given | Rogers, L |
| 1749 PST 02/20/2025 | **insulin lispro (Admelog) injection 1-11 Units** | 7 Units | subcutaneous | Given | Rogers, L |
| 2013 PST 02/20/2025 | **sodium chloride flush 10 mL** | 10 mL | intravenous | Given | Dela Torre, J |
| 2006 PST 02/20/2025 | **Lactated Ringers infusion** | 125 mL/hr | intravenous | New Bag | Dela Torre, J |
| 2006 PST 02/20/2025 | **insulin glargine (LANTUS) injection 10 Units** | 10 Units | subcutaneous | Given | Rogers, L |
| 2014 PST 02/20/2025 | **HYDROmorphone (DILAUDID) injection 1 mg** | 1 mg | intravenous | Given | Rulloda, R |
| 1909 PST 02/20/2025 | **vancomycin (VANCOCIN) 1,500 mg in sodium chloride 0.9% 500 mL IVPB** | 1,500 mg | intravenous | New Bag | Rogers, L |
| 2014 PST | | | | | |

**Home Meds:**
**Home Meds Reviewed and Documented in Epic? Yes**

**I/O (past 24h)**
No intake or output data in the 24 hours ending 02/20/25 2026

**Patient Diet:**
Adult NPO diet NPO except: Sips with meds

**Patient Belongings:**
Belongings at Bedside: Clothing; Electronic devices; Other valuables; Jewelry
Jewelry: Ring
Clothing: Pants; Shirt; Socks; Footwear (tank top, hat)
Patient Electronics: Cell phone
Other Valuables: Money (Comment); Keys ($5 x1; $1 x 1)

Belongings Sent Home: None

Belongings Sent to Safe: None

Medications brought by patient?: No

ALAMEDA
HEALTH SYSTEM

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

**Last Imaging Impression**
CT pelvis wo IV contrast

Result Date: 2/20/2025
Impression Large multiloculated scrotal fluid collection measuring at least 9 cm.

The Nurse Notified of the Hand Off Report:

Erica, Rn

Rogers, Leslie, RN
02/20/25 2028

        Electronically signed by Rogers, Leslie, RN at 2/20/2025  8:28 PM

   ED Provider Notes by Outhay, Malena, MD at 2/20/2025 1407
        Procedure Orders
        1. *Incision and Drainage [93080411] ordered by Outhay, Malena, MD

**Emergency Department Provider Note**: 65 y.o.  male
**Chief Complaint**
Patient presents with
- Hyperglycemia
  *Sent here by Dr's office, triage FS 485 mg/dl*

Prior medical record, including recent clinic and ED progress notes, if available, was reviewed.
PCP:  Center, The West Oakland Health Council - West Oakland Health

**HPI:** Leonard Jr Johnson is a 65 y.o. male with PMH diabetes, hypertension presenting with hyperglycemia and 1 month of generalized weakness.  Patient states that he went to his doctor's office and his blood glucose is 485.  He has been feeling weaker and more tired than notable for the past 1-2 months.  Has not missed any of his insulin, takes 50 units of Lantus every night.  Last p.o. intake was this morning.  Has had poor appetite over the past few weeks and lost 18 lb.  He also tells me that he has "a mass" at the testicle that is draining fluid.  States that he has had this mass for 2 months drain open a few weeks ago.  Has had copious amounts of drainage.  Also reporting pain at the site.  Denies any penile pain or drainage.  Denies any fevers or chills.  Denies any nausea or vomiting, chest pain, shortness of breath.

**PMH:**

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**ED Notes (continued)**

**Patient Active Problem List**
Diagnosis
- Scrotal abscess
- Essential hypertension
- Scrotum pain
- Uncontrolled type 2 diabetes mellitus with hyperglycemia (CMS/HCC)
- Hyponatremia
- AKI (acute kidney injury) (CMS/HCC)

**PSH:** History reviewed. No pertinent surgical history.

**Med:** (Not in a hospital admission)

**Patient's Medications**
**New Prescriptions**
No medications on file

**Previous Medications**

| | |
|---|---|
| GLUCOSE BLOOD TEST STRIP | Use to test blood sugar 1 (one) time each day. |
| MOXIFLOXACIN (VIGAMOX) 0.5 % OPHTHALMIC SOLUTION | Administer 1 drop into the left eye 4 (four) times a day. |

**Modified Medications**
No medications on file

**Discontinued Medications**
No medications on file

**Allergies:** Patient has no known allergies.

**FAMHX:** No family history on file.

**SOCHX:** No tobacco.  No IVDU.  No EtOH use.   Unstable housing.

Review of Systems
**ROS**
No fever
No visual changes
No sore throat
No neck pain
No chest pain
No SOB
No vomiting
No dysuria
No rash
No LOC
No bleeding
 (+)all other syst

Nursing notes reviewed.
Triage vitals reviewed:
ED Triage Vitals [02/20/25 1408]

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

| Temp | Temp Source | Heart Rate | BP | Resp | SpO2 | FiO2 (%) |
|------|-------------|------------|-----|------|------|----------|
| 37.1 °C (98.8 °F) | Oral | 99 | 116/78 | 18 | 100 % | -- |

Physical Exam
**Exam**
GENERAL_APPEARANCE: awake, no acute distress
HENT: atraumatic, hearing intact
EYES: EOMI, pupils equal
NECK: normal ROM, supple
PULMONARY: bilateral breath sounds, normal work of breathing,
CARDIAC: regular rhythm, regular rate, equal radial pulses
ABDOMEN: soft, non tender, no pulsatile masses
GU: At the left inferior portion of the scrotum, there is a approximately 4 mm opening of the skin actively draining creamy white purulent material, tender to touch. No significant erythema or induration.
BACK: no CVA tenderness, no midline tenderness
EXTREMITIES: no deformities, no edema
SKIN: warm, dry, no rashes
NEURO: AAOx3 (self, location, date), CN II-XII intact, strength 5/5 in all four extremities, normal sensation to light touch in all 4 extremities, ambulatory with narrow-based gait


**Assessment and Plan/MDM:**
In summary, patient is a 65 y.o. male with PMH diabetes, hypertension presenting with hyperglycemia, generalized weakness, and scrotal mass with drainage. Vital signs were initially notable for mild tachycardia. Overall nontoxic appearing. On exam, he does have what appears to be a scrotal abscess that is actively draining pus. I am concerned that this is the source of his persistent hyperglycemia despite on his Lantus. He tells me a mass has been there for 2 months, and intermittently draining. We will plan for CT of the pelvis to further evaluate. At this time overall low suspicion for necrotizing infection such as Fournier's gangrene given the chronicity of his problems and his overall nontoxic appearing. Anticipate Urology consultation, and possible admission.


**Problems**
Number of problems: two
Chronicity of problem: acute
Severity of illness(es) addressed: moderate
Chronic illness impacting care: Yes
Risk tool utilized (see above): Yes


**Data**
Reviewed external records: Yes
History obtained from: pt
Diagnostic tests considered, even if not ultimately performed (see above): laboratory testing and imaging studies
Diagnostic tests ordered: Yes

Independent interpretation of studies: no

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

ED Notes (continued)

Discussion with external physician/provider (Tests): Yes
Discussion with external physician/provider (Management): Yes

**Risk**
*Drugs*
OTC drugs ordered? Yes
Prescription drug management? Yes
IV controlled drugs ordered? Yes
Drug therapy requiring intensive monitoring? No

*Treatment*
Social determinants of health significantly impacting care: Yes
Consideration of admission or escalation of care: Yes
Procedure(s) considered? (see procedures for details): no
Decision not to resuscitate or decision to de-escalate due to poor prognosis? No

*Surgery*
Emergency major surgery? No
Elective major surgery with no identified risk factors? No
Elective major surgery with identified risk factors? No
Elective minor surgery with no risk factors? No
Elective minor surgery with identified risk factors? No
Identified risk factors: N/A

**Differential Diagnosis:**
Scrotal abscess
Scrotal cellulitis
Hydrocele
Seroma
Hyperglycemia
DKA
HHS

**Data Review:**
Labs Reviewed
**CBC AND DIFFERENTIAL - Abnormal**

| Result | Value |
| --- | --- |
| WBC | 4.7 |
| RBC | 4.76 |
| Hemoglobin | 13.8 (*) |
| Hematocrit | 39.9 (*) |
| MCV | 83.8 |
| MCH | 29.0 |
| MCHC | 34.6 |
| RDW | 13.2 |
| Platelet Count | 328 |

## ALAMEDA
### HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**ED Notes (continued)**

| | |
|---|---|
| Mean Platelet Volume | 9.5 |
| Neutrophil Auto % | 69.6 |
| Lymphocyte Auto % | 23.3 |
| Monocyte Auto % | 6.3 |
| Eosinophil Auto % | 0.6 (*) |
| Basophil Auto % | 0.2 |
| Neutrophil # | 3.29 |
| Lymphocyte # | 1.10 |
| Monocyte # | 0.30 (*) |
| Eosinophil # | 0.03 |
| basophil # | 0.01 |

**COMPREHENSIVE METABOLIC PANEL - Abnormal**

| | |
|---|---|
| Chloride | 94 (*) |
| Carbon Dioxide | 23 |
| Urea Nitrogen (BUN) | 40 (*) |
| Creatinine | 1.9 (*) |
| Glucose | 653 (*) |
| Calcium | 10.4 |
| AST (SGOT) | 13 |
| ALT (SGPT) | 18 |
| Alkaline Phosphatase | 66 |
| Total Protein | 8.9 (*) |
| Albumin | 3.9 |
| Bilirubin, Total | 0.5 |
| eGFR Calculation | 39 (*) |
| Sodium | 129 (*) |
| Potassium | 4.5 |
| Anion Gap | 12 |
| OSMOLALITY, CALCULATED | 318 |

**URINALYSIS REFLEX (ALL CAMPUSES) - Abnormal**

| | |
|---|---|
| UA COLOR | YELLOW |
| UA CLARITY | CLEAR |
| PH, Urine | 6.0 |
| Leukocyte Esterase, Urine | NEGATIVE |
| Nitrite, Urine | Negative |
| Protein, Urine | NEGATIVE |
| Glucose, Urine | >=1000 (*) |
| Ketone, Urine | TRACE (*) |
| Urobilinogen, Urine | 0.2 |
| Bilirubin, Urine | NEGATIVE |
| Specific Gravity, Urine | <=1.005 (*) |

ALAMEDA
HEALTH SYSTEM

Case 4:25-cv-00820-HBK    Document 1    Filed 07/18/25    Page 23 of 65
Johnson Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

### ED Notes (continued)

Blood, Urine       NEGATIVE

**BETA HYDROXYBUTYRATE - Abnormal**

BETA-
HYDROXYBUTYRATE      1.10 (*)

**MAGNESIUM - Normal**

MAGNESIUM      2.5

**HIV ANTIGEN/ANTIBODY COMBO - Normal**

HIV COMBO
ANTIGEN/ANTIBODY     Non-
                 reactive

**LACTIC ACID, PLASMA, AUTOMATIC REPEAT IF
>2.0 - Normal**

Lactic Acid (Lactate)     1.3

**BLOOD CULTURE**

**BLOOD CULTURE**

**CULTURE-WOUND,TISSUE,ABSCESS,ULCER**

**HIV AB/AG WITH REFLEX TO VIRAL LOAD**

*Narrative:*
*The following orders were created for panel
order HIV Ab/Ag with reflex to viral load.*
        *Procedure*
*Abnormality     Status*
       ---------          -----------
------

        *HIV ANTIGEN/ANTIBODY
COMBO[93064474]    Normal       Final
result*
        *HIV VIRAL LOAD HOLD[93064476]*
*In process*


        *Please view results for these tests on
the individual orders.*

**HIV VIRAL LOAD HOLD**

**BASIC METABOLIC PANEL**

CT pelvis wo IV contrast
**Final Result**
Large multiloculated scrotal fluid collection measuring
at least 9 cm.




**\*Incision and Drainage**

## ALAMEDA
HEALTH SYSTEM

Case 4:24-cv-09930-HBK    Document 1    Filed 11/14/2024    Page 24 of 65

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

**ED Notes (continued)**

Performed by: **Outhay, Malena, MD**
Authorized by: **Outhay, Malena, MD**
Consent:
 Consent obtained: **Verbal**
 Consent given by: **Patient**
 Risks discussed: **Bleeding, incomplete drainage, pain, infection and damage to other organs**
 Alternatives discussed: **No treatment and alternative treatment**
Universal protocol:
 Patient identity confirmed: **Verbally with patient**
Location:
 Type: **Abscess**
Pre-procedure details:
 Skin preparation: **Chloraprep**
Anesthesia:
 Anesthesia method: **Local infiltration**
 Local anesthetic: **Lidocaine 1% w/o epi and lidocaine 1% WITH epi**
Procedure type:
 Complexity: **Complex**
Procedure details:
 Needle aspiration: **no**
 Incision depth: **Dermal**
 Wound management: **Probed and deloculated and extensive cleaning**
 Drainage: **Purulent**
 Drainage amount: **Copious**
 Wound treatment: **Wound left open**
 Packing materials: **None**
Post-procedure details:
 Procedure completion: **Tolerated well, no immediate complications**
Comments:
 **60ml of thick yellow pus drained**


**CONDITION:** Stable
**DISPOSITION:** Admit

See directly below for real time result acknowledgements, as well as continued notes by oncoming providers on signed out patients:
**ED Course** as of 02/20/25 1847
**Thu Feb 20, 2025**
1443    EKG (my read): Sinus tachycardia, rate of
        102, normal axis, normal intervals, no ectopy.
        No STEMI. [MO]
1659    I spoke to Urology, Dr. Mishra. He will
        evaluate the patient; he is recommending
        expansion of the patient's existing defect in
        the scrotum in order to drain the largest

# ALAMEDA
## HEALTH SYSTEM

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**ED Notes (continued)**

loculation of the abscess. He does not believe
this patient needs surgery emergently,
especially in light of his uncontrolled
hyperglycemia. [MO]

1743   **Glucose(!): 376** [MO]

**ED Course User Index**
[MO] Outhay, Malena. MD

**Clinical Impressions** as of 02/20/25 1847
Hyperglycemia due to diabetes mellitus (CMS/HCC)
Scrotal abscess
AKI (acute kidney injury) (CMS/HCC)

**Malena Outhay, MD**

Outhay, Malena, MD
02/20/25 1847

Electronically signed by Outhay, Malena, MD at 2/20/2025 6:47 PM

**History and Physical Note**

**H&P by Raikanti, Anupama T., MD at 2/20/2025 1817**

## SAN LEANDRO HOSPITAL, AHS

# HOSPITALISTS' HISTORY AND PHYSICAL

**2/20/2025**

**PCP:** Center, The West Oakland Health Council - West Oakland Health PCP #: 510-835-9610
**ADMITTING PHYSICIAN:** Anupama T. Raikanti, MD

CONSULTANTS: Dr. Misra, urology; Dr. Eileen Nenniger, Infectious Diseases

- 
- **CHIEF COMPLAINT:**

ALAMEDA
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

History and Physical Note (continued)

Hyperglycemia (Sent here by Dr's office, triage FS 485 mg/dl)

- **HISTORY OF PRESENT ILLNESS:**

Leonard Jr Johnson is a 65 y.o. male Presented with Hyperglycemia (Sent here by Dr's office, triage FS 485 mg/dl)

As per emergency room note
Leonard Jr Johnson is a 65 y.o. male with PMH diabetes, hypertension presenting with hyperglycemia and 1 month of generalized weakness. Patient states that he went to his doctor's office and his blood glucose is 485. He has been feeling weaker and more tired than notable for the past 1-2 months. Has not missed any of his insulin, takes 50 units of Lantus every night. Last p.o. intake was this morning. Has had poor appetite over the past few weeks and lost 18 lb. He also tells me that he has "a mass" at the testicle that is draining fluid. States that he has had this mass for 2 months drain open a few weeks ago. Has had copious amounts of drainage. Also reporting pain at the site. Denies any penile pain or drainage. Denies any fevers or chills. Denies any nausea or vomiting, chest pain, shortness of breath.

The above history is corroborated.
Currently feels cold but denies any fever, chills.

Glu 650, cr 1.9, ketones 1.1. received 2 liters ivf. CT pelvis : Large multiloculated scrotal fluid collection measuring at least 9 cm. HIV non reactive. EKG with Sinus tachycardia

I and D of abscess in ED ->60ml of pus drained in ED

History is obtained from Chart review , ED report, patient

- **EMERGENCY DEPARTMENT COURSE:**

**ED Course** as of 02/20/25 1826
**Thu Feb 20, 2025**

1443    EKG (my read):  Sinus tachycardia, rate of 102, normal axis, normal intervals, no ectopy.  No STEMI. [MO]

1659    I spoke to Urology, Dr. Mishra.  He will evaluate the patient; he is recommending expansion of the patient's existing defect in the scrotum in order to drain the largest loculation of the abscess.  He does not believe this patient needs surgery emergently, especially in light of his uncontrolled hyperglycemia. [MO]

ALAMEDA
HEALTH SYSTEM

Case 3:21-cv-09930-HBK    Document 1    Filed 11/22/21    Page 27 of 65
Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

History and Physical Note (continued)

1743    **Glucose(!): 376** [MO]

**ED Course User Index**
[MO] Outhay, Malena, MD

**Clinical Impressions** as of 02/20/25 1826
Hyperglycemia due to diabetes mellitus (CMS/HCC)
Scrotal abscess
AKI (acute kidney injury) (CMS/HCC)

- **PAST MEDICAL HISTORY:**

**Past Medical History:**

| Diagnosis | Date |
|-----------|------|
| • Diabetes mellitus (CMS/HCC) | |

- **PAST SURGICAL HISTORY:**

History reviewed. No pertinent surgical history.

- **HOME MEDICATIONS:**

**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|------------|-----|-----------|----------|---------|----------------------|
| **glucose blood test strip** | **Use to test blood sugar 1 (one) time each day.** | 7/17/24 | | | **Blaauw, Erica P, NP** |
| **moxifloxacin (VIGAMOX) 0.5 % ophthalmic solution** | **Administer 1 drop into the left eye 4 (four) times a day.** | 7/17/24 | | | **Blaauw, Erica P, NP** |

- **ED MEDICATIONS:**

Medications
**dextrose 50 % injection 25 g (has no administration in time range)**
**sodium chloride 0.9 % bolus 2,000 mL (2,000 mL intravenous New Bag 2/20/25 1529)**

ALAMEDA
HEALTH SYSTEM
Case 4:25-cv-03930-HBK    Document 1    Filed 07/14/2025    Page 28 of 65
Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

History and Physical Note (continued)

**cefepime (MAXIPIME) IV push 2,000 mg (2,000 mg intravenous Given 2/20/25 1630)**
**insulin regular (HumuLIN R) injection 5 Units (5 Units intravenous Given 2/20/25 1749)**

- 
- **CURRENT HOSPITAL SCHEDULED MEDICATIONS:**

- 
- **FAMILY HISTORY:**

Reviewed and found not to be contributory.
No family history on file.

- 
- **SOCIAL HISTORY:**

**Social History**

Socioeconomic History
- Marital status:               Single
  Spouse name:                 None
- Number of children:          None
- Years of education:          None
- Highest education level:     None
Occupational History
- None
Tobacco Use
- Smoking status:              Never
- Smokeless tobacco:           Never
Substance and Sexual Activity
- Alcohol use:                 Never
- Drug use:                    None
- Sexual activity:             None
Other Topics                   Concern
- None
Social History Narrative
- None

**Social Drivers of Health**

Financial Resource Strain: Not on File (8/26/2019)
    Received from OCHIN

**ALAMEDA**
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

History and Physical Note (continued)

Financial Resource Strain
- Financial Resource Strain: 0

Food Insecurity: Not on File (8/18/2021)
    Received from OCHIN
    Food Insecurity
- Food: 0

Recent Concern: Food Insecurity – At Risk (8/18/2021)
    Received from OCHIN
    Food Insecurity
- Food: 2

Transportation Needs: Not on File (8/18/2021)
    Received from OCHIN
    Transportation Needs
- Transportation: 0

Physical Activity: Not on File (8/26/2019)
    Received from OCHIN
    Physical Activity
- Physical Activity: 0

Stress: Not on File (8/26/2019)
    Received from OCHIN
    Stress
- Stress: 0

Social Connections: Not on File (9/8/2024)
    Received from OCHIN
    Social Connections
- Connectedness: 0

Intimate Partner Violence: Not on file

Housing Stability: Not on File (9/14/2021)
    Received from OCHIN
    Housing Stability
- Housing: 0

reports no history of alcohol use.,  reports that he has never smoked. He has never used smokeless tobacco.,  has no history on file for drug use.

- 
- **REVIEW OF SYSTEMS:**

As per history of present illness. Otherwise all other systems are reviewed and found to be unremarkable.

- 
- **ALLERGIES:**

No Known Allergies

-

**ALAMEDA**
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

History and Physical Note (continued)

- **PHYSICAL EXAMAMINATION:**

**Vitals:**

|  | 02/20/25 1408 | 02/20/25 1605 | 02/20/25 1628 | 02/20/25 1630 |
|---|---|---|---|---|
| BP: | 116/78 | (!) 163/81 | 143/79 | 146/78 |
| BP Location: | Left arm | Right arm | Right arm | Right arm |
| Patient Position: | Sitting | Lying | Lying | Lying |
| Pulse: | 99 | 84 | 87 | 84 |
| Resp: | 18 | 18 | 18 | 12 |
| Temp: | 37.1 °C (98.8 °F) |  |  |  |
| TempSrc: | Oral |  |  |  |
| SpO2: | 100% | 100% | 99% | 99% |
| Height: | 1.93 m (6' 4") |  |  |  |

No intake or output data in the 24 hours ending 02/20/25 1826

**Constitutional:** Normal appearance, no acute distress. The patient Body mass index is 23.13 kg/m². 
**HENT:** Normocephalic and atraumatic. Normal External ear . Normal Nose. Mucous membranes are moist. 
**Eyes:** Normal Conjunctivae. Pupils are equal and round. 
**Neck:** supple. 
**Cardiovascular:** Normal rate and regular rhythm. Normal heart sounds. 
**Pulmonary:** Pulmonary effort is normal. Normal breath sounds. 
**Abdominal:** Abdomen is Soft, Non tender, Non distended, no appreciable organomegaly, no rebound tenderness, guarding or rigidity. Bowel sounds are normal. 
**Genitalia:** minimal tenderness to palpation on the right side of scrotum. Minimal pus drainage 
**Musculoskeletal:** Normal range of motion. 
**Skin:** Warm and dry. 
**Neurological:** No focal deficit present. Alert and oriented to person, place, and time. Mental status is at baseline. 
**Psychiatric:** Normal Mood and Behavior.

- **LABORATORY DATA:**

Reviewed

# ALAMEDA
### HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

History and Physical Note (continued)

## Results from last 7 days

| Lab | Units | 02/20/25 1524 | 02/20/25 1513 |
|---|---|---|---|
| SODIUM | mmol/L | -- | **129*** |
| POTASSIUM | mmol/L | -- | 4.5 |
| CHLORIDE | mmol/L | -- | **94*** |
| CO2 | mmol/L | -- | 23 |
| BUN | mg/dL | -- | **40*** |
| CREATININE | mg/dL | -- | **1.9*** |
| GLUCOSE | mg/dL | -- | **653*** |
| ANION GAP | mmol/L | -- | 12 |
| AST | U/L | -- | 13 |
| ALT | U/L | -- | 18 |
| BILIRUBIN TOTAL | mg/dL | -- | 0.5 |
| CALCIUM | mg/dL | -- | 10.4 |
| EGFR | mL/min/1.73m*2 | -- | **39*** |
| OSMOLALITY CALC | mosm/kg | -- | 318 |
| MAGNESIUM | mg/dL | -- | 2.5 |
| LACTATE VEN | mmol/L | 1.3 | -- |

## Results from last 7 days

| Lab | Units | 02/20/25 1513 |
|---|---|---|
| WBC | 10*3/mcL | 4.7 |
| HEMOGLOBIN | g/dL | **13.8*** |
| HEMATOCRIT | % | **39.9*** |
| PLATELETS AUTO | 10*3/mcL | 328 |

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**History and Physical Note (continued)**

**Results from last 7 days**

| Lab | Units | 02/20/25 1500 |
|---|---|---|
| COLOR U | | YELLOW |
| CLARITY U | | CLEAR |
| GLUCOSE UA | mg/dL | **>=1000*** |
| BILIRUBIN UA | | NEGATIVE |
| KETONES UA | mg/dL | **TRACE*** |
| SPEC GRAV U | | **<=1.005*** |
| BLOOD UA | | NEGATIVE |
| PH UA | | 6.0 |
| UROBILINOGE N UA. | mg/dL | 0.2 |
| NITRITE UA | | Negative |
| LEUKOCYTES UA | | NEGATIVE |

- 
- **IMAGING:**

Reviewed
 CT pelvis wo IV contrast

Result Date: 2/20/2025
Narrative: INDICATION: scrotal abscess TECHNIQUE: Axial acquisition with multiplanar reformats of pelvis was performed without intravenous contrast. CTDIvol: 12.63 mGy DLP: 498.52 mGy-cm COMPARISON: None FINDINGS: Large multiloculated scrotal fluid collection measuring at least 9 cm.

Impression: Large multiloculated scrotal fluid collection measuring at least 9 cm.

- 
- **EKG& ECHO**

Reviewed
**Encounter Date: 02/20/25**
**ECG 12 lead**

| Result | Value |
|---|---|
| Ventricular Heart Rate | 102 |
| Atrial Heart Rate | 102 |
| PR Interval | 164 |
| QRS Duration | 86 |
| QT Interval | 316 |
| QTc Calculation | 411 |
| P Axis | 77 |

ALAMEDA
HEALTH SYSTEM

Case 3:24-cv-08850-HBK    Document 1    Filed 11/25/24    Page 33 of 65

Johnson Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

History and Physical Note (continued)

| | |
|---|---|
| R Axis | 70 |
| T Axis | 76 |

Findings
  Sinus tachycardiaOtherwise normal ECGWhen compared with ECG of 30-APR-2022
  05:53,Vent. rate has increased BY  39 BPMBorderline criteria for Anterior infarct are no
  longer PresentST no longer depressed in Anterior leadsT wave inversion no longer
  evident in Inferior leadsT wave inversion no longer evident in Anterior leadsQT has
  shortened


No prior echo within 6 months


- MICROBIOLOGY:

Reviewed




- ASSESSMENT AND PLAN:
Leonard Jr Johnson is a 65 y.o. male presented with Hyperglycemia (Sent here by Dr's office, triage FS 485 mg/dl)
 Poorly controlled dm on insulin here from doctor's office for hyperglycemia. 2 months of scrotal abscess that has
been spontaneously draining for 2 weeks.


**Principal Problem:**
  **Scrotal abscess**
  **Scrotum pain**
CT pelvis with Large multiloculated scrotal fluid collection measuring at least 9 cm. One of the pockets drained in ED --
- > 60ml drained at bedside I and D. HIV negative. Underlying poorly controlled dm.
- f/u cultures
- ID/ Urology consulted
- npo for surgical evaluation
- suspect elevated blood sugars in the setting of infection. Currently improving
- empiric IV Vancomycin, Rocephin
- CRP, PCT, ESR
- gentle hydration


**Active Problems:**
  **AKI (acute kidney injury) (CMS/HCC)**
Possibly in the setting of infection. Hydrate, treat underlying and monitor
  **Essential hypertension**
Cautious with antihypertensives due to possible sepsis

ALAMEDA
HEALTH SYSTEM

Case 4:25-cv-03840-HBK   Document 1   Filed 05/14/25 board Page 34 of 65
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

History and Physical Note (continued)

**Uncontrolled type 2 diabetes mellitus with hyperglycemia (CMS/HCC)**
- Monitor FSBS QAC/QHS and 2-3 AM
- Hemoglobin A1C
- Low dose Lantus with hold parameters, Sensitive ISS. Titrate based on blood sugars.
Takes 50 units of lantus daily with no prandial or additional po medications.
- diabetic teaching/ education
- possibly will need lantus + Metformin at dc


**Hyponatremia**


**DVT Prophylaxis:** Anticoagulation Contraindicated due to bleeding risk due to potential surgery.


**See Orders.**

**DISPOSITION:** Home
**DIET:** NPO
**CODE STATUS:** Full Code by default
**ACTIVITY:** up with assistance
**Anticipated discharge date: 2/25/25**
Chronic and active problems relevant to hospitalization and plan of care reviewed and discussed with patient

ACP- deferred

**Anupama T. Raikanti, MD**

2/20/2025

Electronically signed by Raikanti, Anupama T., MD at 2/20/2025  7:19 PM


Discharge Summary

Discharge Summary by Raikanti, Anupama T., MD at 2/26/2025 0952

# SAN LEANDRO HOSPITAL, AHS

# HOSPITALISTS' DISCHARGE SUMMARY

**2/26/2025**

**ADMIT DATE:** 2/20/2025
**PMD:** Clinic, Davis Street Primary Care PCP #: 510-347-4620
**HOSPITALIST:** Anupama T. Raikanti, MD.

ALAMEDA
HEALTH SYSTEM

Case No: CV-08860-HBK    Document 1    Filed 09/11/2023 Page 35 of 65
Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

**DISCHARGE CONDITION:** Stable
**ACTIVITY:** activity as tolerated
**DISPOSITION:** Home
**DIET:**cardiac diet and diabetic diet
**CODE STATUS:** Full Code
**CONSULTANTS:** Dr. Eileen Nenniger, Infectious Diseases; Dr. Misra, Urology

- **DISCHARGE DIAGNOSES:**

Scrotal abscess
**Principal Problem:**
  **Scrotal abscess**
**Active Problems:**
  **Essential hypertension**
  **Scrotum pain**
  **Uncontrolled type 2 diabetes mellitus with hyperglycemia (CMS/HCC)**
  **Hyponatremia**
  **AKI (acute kidney injury) (CMS/HCC)**

Chronic and active problems relevant to hospitalization and plan of care reviewed and discussed with the patient, ID, Urology

- **HOSPITAL COURSE:**

**The patient presented as;**

Leonard Jr Johnson is a 65 y.o. male Presented with Hyperglycemia (Sent here by Dr's office, triage FS 485 mg/dl)

As per emergency room note
Leonard Jr Johnson is a 65 y.o. male with PMH diabetes, hypertension presenting with hyperglycemia and 1 month of generalized weakness. Patient states that he went to his doctor's office and his blood glucose is 485. He has been feeling weaker and more tired than notable for the past 1-2 months. Has not missed any of his insulin, takes 50 units of Lantus every night. Last p.o. intake was this morning. Has had poor appetite over the past few weeks and lost 18 lb. He also tells me that he has "a mass" at the testicle that is draining fluid. States that he has had this mass for 2 months drain open a few weeks ago. Has had copious amounts of drainage. Also reporting pain at the site. Denies any penile pain or drainage. Denies any fevers or chills. Denies any nausea or vomiting, chest pain, shortness of breath.

The above history is corroborated.
Currently feels cold but denies any fever, chills.

Glu 650, cr 1.9, ketones 1.1. received 2 liters ivf. CT pelvis : Large multiloculated scrotal fluid collection measuring at

ALAMEDA
HEALTH SYSTEM

Case 4:25-cv-03980-HBK    Document 1    Filed 05/14/25    Page 36 of 65
Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

least 9 cm. HIV non reactive. EKG with Sinus tachycardia

I and D of abscess in ED ->60ml of pus drained in ED

**Per last Assessment and Plan;**

Leonard Jr Johnson is a 65 y.o. male admitted for Scrotal abscess

Underlying Poorly controlled dm on insulin here from doctor's office for hyperglycemia. 2 months of scrotal abscess that has been spontaneously draining for 2 weeks.

 **additional information per ID -**
*hx disseminated cocci-*
*- 2010 cocci immitis in cultures, took fluc for 1.5 yrs.*
*- Course c/b cavitary lung lesions (AFB negative) and elevated cocci titers so restarted fluc in 2014 (no mention of CNS sx or other site), was followed by Dr Weisenberg at Stanford. It appears he was lost to follow up 2015, at that time the plan was fluc unclear duration possible indefinite.*
*- last 6/2018 cocci Ab 1:64*
*- 3/2014 1:64, 10/2014 titer 1:32 on treatment*

 *hx TB and treatment per chart review, unclear details*

**Principal Problem:**
 **Scrotal abscess**
 **Scrotum pain**
CT pelvis with Large multiloculated scrotal fluid collection measuring at least 9 cm. One of the pockets drained in ED --
- > 60ml drained at bedside I and D. HIV negative. Underlying poorly controlled dm.
- f/u cultures
- ID/ Urology consults appreciated
-2/21 - u/s scrotum - 1. Right epididymo-orchitis. Small complicated cyst or abscess in the right epididymis measuring up to 4 cm.

2. Residual multilocular right scrotal abscesses, largest pocket measuring 4 x 1.5 x 3.9 cm.

3. Left epididymitis with abscess measuring 4.3 x 2.8 cm.

- suspect elevated blood sugars in the setting of infection. Currently improving
- empiric IV Vancomycin, Rocephin. Narrow antibiotics based on cultures.
- CRP 10, PCT 0.06, ESR - pending
- gentle hydration
- Patient seen by urologist overnight, additional drainage of the abscess and wound packing done. Diet resumed
- given hx of disseminated coccidiodosis, started on Fluconazole ( likely will need life long). F/u fungal cultures. F/u cocci titers. Appreciate ID consult
- abscess culture with Gp B streptococcus.


**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued).

- d/w with Urology ( Dr. Misra) - plan for I and D.
- patient states that his family member came and learned wound care
- 2/24 - S/p exploration of bilateral scrotal abscess/ drainage and scrotoplasty. Anticipate prolonged wound healing time. Will discuss further plan with ID and Urology. Patient anxious to go home


**Active Problems:**
**AKI (acute kidney injury) (CMS/HCC)**
Possibly in the setting of infection. Hydrate, treat underlying and monitor
**Essential hypertension**
Cautious with antihypertensives due to possible sepsis
**Uncontrolled type 2 diabetes mellitus with hyperglycemia (CMS/HCC)**
- Monitor FSBS QAC/QHS and 2-3 AM
- Hemoglobin A1C
- Lantus 5 units bid with hold parameters, Sensitive ISS. Titrate based on blood sugars.
Takes 50 units of lantus daily with no prandial or additional po medications.
- diabetic teaching/ education
- possibly will need lantus + Metformin at dc


**Hyponatremia**


**Per Urology on 2/25 as below:**
Leonard Jr Johnson is a 65 y.o. male admitted for Scrotal abscess


*Pt needs to keep penrose drains till dressing is totally dry - at least till next 2-3 days*
*I advised pt that he can go home and see me in my office for drain removal next week- if he has to go home to tak care of his personal bills*


**Per ID on 2/25 as below:**

| Assessment |
| --- |
| 65 y.o. male with PMH DM, disseminated cocci,  hx latent TB prior tx |
| |
| # scrotal abscess, drainage now s/p I+D with 60 mL thick yellow pus drained |
| - dx'd with scrotal/testicular abscess 2013, but apparently no follow up due to reincarceration |
| - concern that scrotal collection may be cocci and 12/2014 scrotal US at Sutter- referred to uro but don't see in CE, felt findings to be post infectious. |
| - 2/21 scrotal US- |
| 1. Right epididymo-orchitis.  Small complicated cyst or abscess in the right epididymis measuring up to 4 cm. |
| 2. Residual multilocular right scrotal abscesses, largest pocket measuring 4 x 1.5 x 3.9 cm. |
| 3. Left epididymitis with abscess measuring 4.3 x 2.8 cm. |

ALAMEDA
HEALTH SYSTEM

Case M5CV-00850-HBK   Document 1   Filed 05/14/25   Page 38 of 65
Leonard Johnard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

- 2/24 OR-OR 2/24- exploration of BL scrotal abscesses with drainage and scrotoplasty-
Purulent fluid from the right hemiscrotum subcutaneous and deep tissue without any
evidence of testicular abscess or epididymal abscesses.  Penrose drains in place bilaterally.
Cultures pending

# hx disseminated cocci-
- 2010 cocci immitis in cultures, took fluc for 1.5 yrs.
- Course c/b cavitary lung lesions (AFB negative) and elevated cocci titers so restarted fluc
in 2014 (no mention of CNS sx or other site), was followed by Dr Weisenberg at Stanford.
It appears he was lost to follow up 2015, at that time the plan was fluc unclear duration
possible indefinite.
- last 6/2018 cocci Ab 1:64
- 3/2014 1:64, 10/2014 titer 1:32 on treatment
- 2/22 CXR- Chronic linear scarring in the right lower lobe.  No acute consolidation or
cavitary lesions.

# hx TB and treatment per chart review, unclear details

# erectile dysfunction

CrCl cannot be calculated (Patient's most recent lab result is older than the maximum 3
days allowed.).

**Plan**
- bactrim x1w
- fluconazole 400 mg daily for presumed cocci, duration tbd
- f/u 2/24 OR cultures- bacterial, fungal, and AFB
- f/u cocci Ab titer
- pts prior ID dr no longer in Oakland, will arrange outpt ID follow up

- f/u bacterial abscess culture, strep, possible staph, CoNS- unclear if reflecting skin flora
- f/u Bcx, NG24

**Hospital course and current status**

 Leonard Jr Johnson is a 65 y.o. male wit DM, hx of Disseminated Cocci, Hx of latent TB s/p treatment admitted for
scrotal abscess ( with prior hx in 2013). Was supposed to follow up with ID for coccidiodomycosis. Urology and ID
consulted. Initially underwent bedside drainage but subsequently was taken to OR on 2/24- S/p exploration of bilateral
scrotal abscess/ drainage and scrotoplasty. Currently doing well. Needs ongoing treatment for Coccidiodomycosis.
Fungal/ afb cultures pending at this time

He will be on Bactrim DS bid through 3/3 and will continue Fluconazole 400mg daily ( likely indefinitely )- 1 month
prescription given. Will follow up in ID clinic.


**ALAMEDA**
HEALTH SYSTEM

Case 4:25-cv-04880-HBK    Document 1    Filed 05/14/25    Page 39 of 65

Johnson, Richard

MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

He takes Lantus 50 units daily. Sugars in the range of 200 - 300 despite being on 12 units bid with prandial. Changed home dose to 20 units bid with prandial insulin and sliding scale.

**Follow-ups and issues to be addressed after discharge**

Primary Care Physician as soon as possible
- ID
- Urology- Dr. Misra in 3-5 days
**SEE ORDERS.**

- 
- **PROCEDURES:**

  **\* EXPLORATION OF BILATERAL SCROTAL ABSCESS, WITH DRAINAGE AND SCROTOPLASTY**

- 
- **ALLERGY**

No Known Allergies

- 
- **PHYSICAL EXAMAMINATION:**

**Vitals:**

|  | 02/25/25 1650 | 02/26/25 0034 | 02/26/25 0600 | 02/26/25 0720 |
|---|---|---|---|---|
| BP: | 136/82 | (!) 152/89 |  | 137/78 |
| BP Location: | Left arm | Left arm |  | Right arm |
| Patient Position: | Lying | Sitting |  | Lying |
| Pulse: | 81 | 98 |  | 84 |
| Resp: | 20 | 20 |  | 18 |
| Temp: | 35.9 °C (96.6 °F) | 35.9 °C (96.6 °F) |  | 35.9 °C (96.6 °F) |
| TempSrc: | Temporal | Temporal |  | Temporal |
| SpO2: | 100% | 100% |  | 98% |
| Weight: |  |  | 78.9 kg (174 lb) |  |
| Height: |  |  |  |  |

Intake/Output Summary (Last 24 hours) at 2/26/2025 0952
Last data filed at 2/25/2025 1900

|  | Gross per 24 hour |
|---|---|
| Intake | 880 ml |
| Output | 800 ml |
| **Net** | **80 ml** |

Johnson, Richard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

**Constitutional:** Normal appearance, no acute distress. The patient Body mass index is 21.18 kg/m².
**HENT:** Normocephalic and atraumatic. Normal External ear . Normal Nose. Mucous membranes are moist.
**Eyes:** Normal Conjunctivae. Pupils are equal and round.
**Neck:** supple.
**Cardiovascular:** Normal rate and regular rhythm. Normal heart sounds.
**Pulmonary:** Pulmonary effort is normal. Normal breath sounds.
**Abdominal:** Abdomen is Soft, Non tender, Non distended, no appreciable organomegaly, no rebound tenderness, guarding or rigidity. Bowel sounds are normal.
**Genitourinary:** Scrotum with wound dressing/ penrose drain in place
**Musculoskeletal:** Normal range of motion.
**Skin:** Warm and dry.
**Neurological:** No focal deficit present. Alert and oriented to person, place, and time. Mental status is at baseline.
**Psychiatric:** Normal mood and behavior.

- 
- **LATEST LABS:**

Reviewed

# ALAMEDA
## HEALTH SYSTEM

John, Howard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

### Results from last 7 days

| Lab | Units | 02/21/25 0556 | 02/20/25 1854 | 02/20/25 1524 | 02/20/25 1513 |
|---|---|---|---|---|---|
| SODIUM | mmol/L | 139 | 138 | -- | **129*** |
| POTASSIUM | mmol/L | 4.2 | 3.7 | -- | 4.5 |
| CHLORIDE | mmol/L | 107 | 105 | -- | **94*** |
| CO2 | mmol/L | **21*** | 23 | -- | 23 |
| BUN | mg/dL | **24*** | **35*** | -- | **40*** |
| CREATININE | mg/dL | 1.1 | **1.5*** | -- | **1.9*** |
| GLUCOSE | mg/dL | **201*** | **308*** | -- | **653*** |
| ANION GAP | mmol/L | 11 | 10 | -- | 12 |
| AST | U/L | 13 | -- | -- | 13 |
| ALT | U/L | 16 | -- | -- | 18 |
| BILIRUBIN TOTAL | mg/dL | 0.6 | -- | -- | 0.5 |
| CALCIUM | mg/dL | 9.6 | 9.3 | -- | 10.4 |
| EGFR | mL/min/1.73m*2 | 74 | **51*** | -- | **39*** |
| OSMOLALITY CALC | mosm/kg | 306 | 313 | -- | 318 |
| MAGNESIUM | mg/dL | -- | -- | -- | 2.5 |
| LACTATE VEN | mmol/L | -- | -- | 1.3 | -- |
| PROCALCITONIN | ng/mL | -- | 0.06 | -- | -- |
| HEMOGLOBIN A1C | % | -- | **>14.9*** | -- | -- |

### Results from last 7 days

| Lab | Units | 02/21/25 0556 | 02/20/25 1513 |
|---|---|---|---|
| WBC | 10*3/mcL | 5.4 | 4.7 |
| HEMOGLOBIN | g/dL | **13.3*** | **13.8*** |
| HEMATOCRIT | % | 40.1 | **39.9*** |
| PLATELETS AUTO | 10*3/mcL | 303 | 328 |

### Results from last 7 days

| Lab | Units | 02/21/25 0556 |
|---|---|---|
| INR | | 1.0 |
| PROTIME | sec | 12.7 |

# ALAMEDA
### HEALTH SYSTEM

Johnson, Latoshard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

## Results from last 7 days

| Lab | Units | 02/22/25 1026 | 02/20/25 1500 |
|-----|-------|---------------|---------------|
| COLOR U | | YELLOW | YELLOW |
| CLARITY U | | CLEAR | CLEAR |
| GLUCOSE UA | mg/dL | **>=1000*** | **>=1000*** |
| BILIRUBIN UA | | NEGATIVE | NEGATIVE |
| KETONES UA | mg/dL | **TRACE*** | **TRACE*** |
| SPEC GRAV U | | 1.025 | **<=1.005*** |
| BLOOD UA | | NEGATIVE | NEGATIVE |
| PH UA | | 6.0 | 6.0 |
| UROBILINOGEN UA | mg/dL | 0.2 | 0.2 |
| NITRITE UA | | Negative | Negative |
| LEUKOCYTES UA | | NEGATIVE | NEGATIVE |
| WBC UA | | **21-50*** | -- |
| SQUAMEPI UR HPF | /LPF | FEW | -- |

- **IMAGING:**

Reviewed
**Transthoracic echo (TTE) complete**
• Normal global left ventricular systolic function, with an ejection fraction of 65 - 70%.
• Mild concentric left ventricular hypertrophy.
• Grade I left ventricular diastolic dysfunction.
• There is mild mitral valve regurgitation with a centrally directed jet.
• Mild aortic valve sclerosis.
• No previous study for comparison.

- **EKG& ECHO**

Reviewed
**Encounter Date: 02/20/25**
**ECG 12 lead**

| Result | Value |
|--------|-------|
| Ventricular Heart Rate | 102 |
| Atrial Heart Rate | 102 |
| PR Interval | 164 |
| QRS Duration | 86 |



**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**Discharge Summary (continued)**

| | |
|---|---|
| QT Interval | 316 |
| QTc Calculation | 411 |
| P Axis | 77 |
| R Axis | 70 |
| T Axis | 76 |

Findings

Sinus tachycardiaOtherwise normal ECGWhen compared with ECG of 30-APR-2022 05:53,Vent. rate has increased BY 39 BPMNonspecific ST and T wave abnormality resolvedConfirmed by GWYNN, ROBERT (8877) on 2/25/2025 7:51:46 AM

Transthoracic echo (TTE) complete

Result Date: 2/25/2025
• Normal global left ventricular systolic function, with an ejection fraction of 65 - 70%. • Mild concentric left ventricular hypertrophy. • Grade I left ventricular diastolic dysfunction. • There is mild mitral valve regurgitation with a centrally directed jet. • Mild aortic valve sclerosis. • No previous study for comparison.

• **MICROBIOLOGY:**

Reviewed

# ALAMEDA
## HEALTH SYSTEM

Johnson, Leonard A
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

**Results from last 7 days**

| Lab | Units | 02/24/25 1758 | 02/20/25 1550 | 02/20/25 1547 | 02/20/25 1540 |
|---|---|---|---|---|---|
| GRAM STAIN RESULT | | Rare Polymorphonuclear leukocytes \| Moderate Red blood cells \| No organisms seen | -- | Few Polymorphonuclear leukocytes \| Moderate Gram positive cocci in pairs | -- |
| BLOOD CULTURE | | -- | No Growth at 5 Days | -- | No Growth at 5 Days |
| WOUND CULTURE | | -- | -- | **Few STREPTOCOCCUS GROUP B \| Few STAPHYLOCOCCUS AUREUS METHICILLIN (OXACILLIN) RESISTANT* \| Rare STAPHYLOCOCCUS COAGULASE NEGATIVE** | -- |

**Results from last 7 days**

| Lab | Units | 02/20/25 1854 |
|---|---|---|
| PROCALCITONIN | ng/mL | 0.06 |

- 
- **DISCHARGE MEDICATIONS:**

Medications Prior to Admission:
- glucose blood test strip, 1 strip, Other, Daily, Unknown
- moxifloxacin (VIGAMOX) 0.5 % ophthalmic solution, 1 drop, Left Eye, 4x daily, Unknown

---



Johnson, Leonard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## ALAMEDA
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

-

### New medications prescribed to you today

| | Dose and Frequency |
|---|---|
| **alcohol swabs** pads, medicated | 1 Swab, topical, 2 times daily |
| **aspirin** 81 mg chewable tablet<br>Start taking on: **February 27, 2025** | 81 mg, oral, Daily |
| **fluconazole** 200 mg tablet<br>Commonly known as: DIFLUCAN<br>Start taking on: **February 27, 2025** | 400 mg, oral, Daily |
| **glucose** monitoring kit<br>Commonly known as: GLUCOMETER | 1 each, Other, 3 times daily, ICD 10 code E 11 |
| **HYDROcodone-acetaminophen** 5-325 mg<br>Commonly known as: NORCO | 1 tablet, oral, Every 8 hours PRN |
| **insulin glargine** 100 unit/mL (3 mL) injection | 20 Units, subcutaneous, 2 times daily |
| **insulin lispro** 100 unit/mL injection<br>Commonly known as: HumaLOG | 2-8 Units, subcutaneous, 4 times daily with meals and nightly, Lispro 2-8 units, insulin sliding scale, 4 times a day with meals and at bedtime; 140-200 Take 2 units 201-300 Take 4 units 301-400 Take 6 units More than 400 Take 8 units If blood glucose more than 400 keep checking your blood glucose every 3 hours and cover according to sliding scale until it is less than 300 then go back to your usual sliding scale Call your primary care physician immediately or come to the emergency room if your blood glucose is more than 350 |
| **insulin lispro** 100 unit/mL injection<br>Commonly known as: HumaLOG | 6 Units, subcutaneous, 3 times daily with meals |
| **lancets** 30 gauge misc | 1 each, Other, 3 times daily, ICD 10 code E 11 |


## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

**Discharge Summary (continued)**

| | Dose and Frequency |
|---|---|
| **naloxone** 4 mg/0.1 mL nasal spray<br>Commonly known as: NARCAN | 1 spray, nasal, See admin instructions, May repeat every 2-3 minutes, alternating nostrils. CALL 911. For questions with how to stay healthy while taking opioids, call or text 510-545-2765. |
| **pen needle, diabetic** 32 gauge x 5/32" needle | 1 Pen needle, subcutaneous, 4 times daily |
| **Sharps Container**<br>Generic drug: sharps container | Use as directed to dispose of sharps. |
| **sulfamethoxazole-trimethoprim** 800-160 mg per tablet<br>Commonly known as: BACTRIM DS | 1 tablet, oral, Every 12 hours |

### Your doctor made some changes to these medications

| | Dose and Frequency |
|---|---|
| **glucose blood** test strip<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** | 1 each, Other, Daily |
| **glucose blood** test strip<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** | 1 each, Other, 3 times daily, ICD 10 code E 11 |

### Continue taking these medications

| | Dose and Frequency |
|---|---|
| **moxifloxacin** 0.5 % ophthalmic solution<br>Commonly known as: VIGAMOX | 1 drop, Left Eye, 4 times daily |


**ALAMEDA**
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

### Current updated list of your home medications after discharge

|  | Dose and Frequency |
|---|---|
| **alcohol swabs** pads, medicated | 1 Swab, topical, 2 times daily |
| **aspirin** 81 mg chewable tablet<br>Start taking on: **February 27, 2025** | 81 mg, oral, Daily |
| **fluconazole** 200 mg tablet<br>Commonly known as: DIFLUCAN<br>Start taking on: **February 27, 2025** | 400 mg, oral, Daily |
| **glucose blood** test strip | 1 each, Other, Daily |
| **glucose blood** test strip | 1 each, Other, 3 times daily, ICD 10 code E 11 |
| **glucose** monitoring kit<br>Commonly known as: GLUCOMETER | 1 each, Other, 3 times daily, ICD 10 code E 11 |
| **HYDROcodone-acetaminophen** 5-325 mg<br>Commonly known as: NORCO | 1 tablet, oral, Every 8 hours PRN |
| **insulin glargine** 100 unit/mL (3 mL) injection | 20 Units, subcutaneous, 2 times daily |



**HEALTH SYSTEM**

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

| | Dose and Frequency |
|---|---|
| **insulin lispro** 100 unit/mL injection<br>Commonly known as: HumaLOG | 2-8 Units, subcutaneous, 4 times daily with meals and nightly, Lispro 2-8 units, insulin sliding scale, 4 times a day with meals and at bedtime; 140-200 Take 2 units 201-300 Take 4 units 301-400 Take 6 units More than 400 Take 8 units If blood glucose more than 400 keep checking your blood glucose every 3 hours and cover according to sliding scale until it is less than 300 then go back to your usual sliding scale Call your primary care physician immediately or come to the emergency room if your blood glucose is more than 350 |
| **insulin lispro** 100 unit/mL injection<br>Commonly known as: HumaLOG | 6 Units, subcutaneous, 3 times daily with meals |
| **lancets** 30 gauge misc | 1 each, Other, 3 times daily, ICD 10 code E 11 |
| **moxifloxacin** 0.5 % ophthalmic solution<br>Commonly known as: VIGAMOX | 1 drop, Left Eye, 4 times daily |
| **naloxone** 4 mg/0.1 mL nasal spray<br>Commonly known as: NARCAN | 1 spray, nasal, See admin instructions, May repeat every 2-3 minutes, alternating nostrils. CALL 911. For questions with how to stay healthy while taking opioids, call or text 510-545-2765. |
| **pen needle, diabetic** 32 gauge x 5/32"<br>needle | 1 Pen needle, subcutaneous, 4 times daily |
| **Sharps Container**<br>Generic drug: sharps container | Use as directed to dispose of sharps. |
| **sulfamethoxazole-trimethoprim** 800-160 mg per tablet<br>Commonly known as: BACTRIM DS | 1 tablet, oral, Every 12 hours |

**Where to Get Your Medications**

ALAMEDA
HEALTH SYSTEM

Johnson, Richard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Discharge Summary (continued)

**These medications were sent to CVS/pharmacy #9130 - Oakland, CA - 175 41st St**

175 41st St, Oakland CA 94611

Phone: 510-658-3496
- alcohol swabs pads, medicated
- aspirin 81 mg chewable tablet
- fluconazole 200 mg tablet
- glucose blood test strip
- glucose monitoring kit
- HYDROcodone-acetaminophen 5-325 mg
- insulin glargine 100 unit/mL (3 mL) injection
- insulin lispro 100 unit/mL injection
- insulin lispro 100 unit/mL injection
- lancets 30 gauge misc
- naloxone 4 mg/0.1 mL nasal spray
- pen needle, diabetic 32 gauge x 5/32" needle
- Sharps Container
- sulfamethoxazole-trimethoprim 800-160 mg per tablet

- 
- **FOLLOW-UP & DISCHARGE INSTRUCTIONS:**

- Patient was instructed to follow up with **PMD:** Clinic, Davis Street Primary Care PCP #: 510-347-4620
If you cannot arrange an appointment with your primary care physician or you do not have a primary care physician, call 510-437-8500 for an appointment at Alameda Health System Outpatient Clinics.
Time:
I spent more than 35min were used to facilitate and organize this discharge including evaluation, examination, and addressing discharge related questions the patient had.

**Anupama T. Raikanti, MD**

2/26/2025

Electronically signed by Raikanti, Anupama T., MD at 2/26/2025 11:13 AM

Surgery Notes

Op Note by Misra, Sourjya, MD at 2/24/2025 1729

**EXPLORATION OF BILATERAL SCROTAL ABSCESS, WITH DRAINAGE AND SCROTOPLASTY**
**Operative Note**

**ALAMEDA**
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Surgery Notes (continued)

**Date:** 2/24/2025        **Location:** SLH OR

**Name:** Leonard Jr Johnson, **DOB:** 3/31/1959, **MRN:** 5289567

## Diagnosis

| Pre-op Diagnosis | Post-op Diagnosis |
|---|---|
| * Scrotal abscess [N49.2] | * Scrotal abscess [N49.2] |

## Procedures

Procedure(s):
EXPLORATION OF BILATERAL SCROTAL ABSCESS, WITH DRAINAGE AND SCROTOPLASTY

## Findings

**Purulent fluid from the right hemiscrotum subcutaneous and deep tissue without any evidence of testicular abscess or epididymal abscess**

## Surgeons

   * Misra, Sourjya, MD - Primary

## Procedure Summary

**Anesthesia:** General
**Estimated Blood Loss:** 20 cc

**Drains:** Penrose drain x2 on each hemiscrotum
**Specimen:**

| ID | Type | Source | Tests | Collected by | Time |
|---|---|---|---|---|---|
| 1 : SCROTAL ABSCESS SAC | Skin | Scrotum | TISSUE EXAM | Misra, Sourjya, MD | 2/24/2025 1744 |
| A : SCROTAL ABSCESS (AEROBIC, ANAEROBIC, GRAM STAIN, FUNGAL, AFB | Swab | Scrotum | CULTURE-WOUND,TISSUE,ABSCESS,ULCER, FUNGAL CULTURE & MICROSCOPIC EXAM, AFB CULTURE & SMEAR | Misra, Sourjya, MD | 2/24/2025 1758 |

## Staff:

Circulator: Wolf, Cori, RN; Zalamea, Mary Ann, RN
Surgical Tech: Hassell, Jordan

## Anesthesia Staff:

ALAMEDA
HEALTH SYSTEM

Case MRN: 5289890-HBK    Document 1    Filed 05/14/85 hard    Page 51 of 65
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Surgery Notes (continued)

Anesthesiologist: Prakash, Aanchal, MD

**Complications:**none
**Disposition:** PACU
**Condition:** stable

**Indication for Procedure:**

This is a 65-year-old male patient who has a long history of diabetes. He was having drainage of purulent fluid from the scrotum for about 6 months recently was admitted to the hospital and underwent local drainage of the abscess on the right hemiscrotum under local anesthesia in the ER.
He continued to have some drainage and a repeat office sound reveal evidence of loculated fluid in the right hemiscrotum with possible epididymo-orchitis. Because of fungal infection question was raised about testicular abscess contributing to the scrotal abscess
He was brought in for a formal exploration of the testis and scrotum


**Description of Procedure:**
The patient has placed in dorsal lithotomy position after induction of general anesthesia. Genitalia was prepped and draped in a sterile manner.
There was 1 small incision already pre-existing on the right hemiscrotum this incision was expanded after injecting local anesthesia inferiorly on the scrotal wall. The incision was extended approximately 4 in down the right hemiscrotum. Thorough exploration of the scrotum was performed there was no evidence of gangrene or deep tissue infection. There was some purulent fluid noted in the superior aspect of the scrotum draining from the right inguinal area. This was then ppened up using blunt dissection and cyst cavity containing 5-10 cc of very thick white pus was evacuated. All the tissue pertinent to the abscess cavity in this location was thoroughly excised. Wound irrigation was done using a Toomey syringe
As much as possible the testis with that intact tunica was explored there was some evidence of induration of the epididymis however there was no indication that there was a testicular abscess or communication between the testis to the scrotal wall. Confirmed the findings initially of a scrotal abscess on the right side what appeared to be multiloculated and this has currently been drained out quite adequately.
A half-inch Penrose drain was left draining the deep tissue scrotum and made to exit through a separate stab wound incision. I decided to close the main incision of the scrotum as the tissue appeared to be very viable or any necrosis the wound was closed with interrupted sutures of 2 0 Monocryl.
Attention as then given to the left hemiscrotum where the other incision was prepped previously present. The incision was again extended about 3 in along the left scrotal wall and a thorough exploration of the left hemiscrotum was done. Endorses no evidence of abscess on this area and the testis and intact tunica was thoroughly explored without any evidence of inflammation or necrotic tissue present. Wound was again thoroughly irrigated. Half-inch Penrose drain was left draining the area and made to exit through a separate stab wound incision in the left hemiscrotum.
The wound was also similarly closed on the left side using interrupted sutures of 2-0 Monocryl the Penrose drains were left at the dependent portion of the left than right hemi scrotum the wound was then thoroughly irrigated again
The 2 incisions on each side were then infiltrated with 0.5% Marcaine
Xeroform dressing was applied on the scrotal incision followed by fluffy dressings and ABD pad followed by a mesh panty. The patient was allowed anesthesia without any complications. Transferred to recovery room in stable manner

Sourjya Misra, MD
02/24/25 6:41 PM

Electronically signed by Misra, Sourjya, MD at 2/24/2025  6:49 PM

_____

**Perioperative Nursing Note by Sagnep, Cristine S, RN at 2/24/2025 0740**

# ALAMEDA
## HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Surgery Notes (continued)

Pt denies pain. Ate egg sandwich and drank water- tolerated well. Report given to Elayne RN. Bed placed in low locked position with call light @ bs.

Electronically signed by Sagnep, Cristine S, RN at 2/24/2025 7:46 PM

## Imaging

### Echocardiography

#### Transthoracic echo (TTE) complete (Final result)

| Transthoracic echo (TTE) complete | Resulted: 02/25/25 1750, Result status: Final result |
|---|---|
| Ordering provider: Raikanti, Anupama T., MD 02/24/25 2252 | Order status: Completed |
| Resulted by: Kopelnik, Alexander, MD | Filed by: Kopelnik, Alexander, MD 02/25/25 1750 |
| Performed: 02/25/25 0955 - 02/25/25 1022 | Accession number: 23170730 |
| Resulting lab: CPACS | |

Narrative:
• Normal global left ventricular systolic function, with an ejection fraction of 65 - 70%.
• Mild concentric left ventricular hypertrophy.
• Grade I left ventricular diastolic dysfunction.
• There is mild mitral valve regurgitation with a centrally directed jet.
• Mild aortic valve sclerosis.
• No previous study for comparison.

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BSA | 2.11305432 53621039 | m2 | — | — |
| LV Diastolic Volume | 95 | mL | — | — |
| LV Systolic Volume | 30 | mL | — | — |
| EF | 69 | % | — | — |
| LVIDD | 3.00 | cm | — | — |
| LVIDS | 2.05 | cm | — | — |
| IVS | 1.40 | 0.6 - 1.0 cm | — | — |
| PW | 1.30 | 0.6 - 1.0 cm | — | — |
| LVOT diameter | 2.24 | cm | — | — |
| LVOT area | 3.94 | cm2 | — | — |
| LV Diastolic Volume Index | 44 | mL/m2 | — | — |
| LV Systolic Volume Index | 14 | mL/m2 | — | — |
| E/A ratio | 0.90 | | — | — |
| E wave deceleration time | 245.08 | msec | — | — |
| MV Peak E Vel | 0.76 | m/s | — | — |
| MV Peak A Vel | 0.84 | m/s | — | — |
| MV e' average | 0.10 | m/s | — | — |
| E/e' ratio | 7.63 | | — | — |
| LV Mass Index | 71 | g/m2 | — | — |
| Left Ventricular EF by Teichholz Method | 59.89 | % | — | — |
| Stroke Volume | 110 | ml | — | — |
| LV mass | 152 | g | — | — |
| FS | 32 | >25 % | — | — |
| Stroke Volume Index | 51 | >34 ml/m2 | — | — |
| LA size | 2.44 | cm | — | — |
| Aortic root | 3.75 | cm | — | — |
| LA volume | 44 | mL | — | — |

ALAMEDA
HEALTH SYSTEM

### 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

#### Imaging (continued)

| | | | | |
|---|---|---|---|---|
| LA Vol Index | 21 | <35 mL/m2 | — | — |
| RVIDD | 3.5 | <4.2 cm | — | — |
| TAPSE | 2.0 | >1.7 cm | — | — |
| RA Volume Index | 11 | <39 ml/m2 | — | — |
| RA area | 12.1 | cm2 | — | — |
| Ao peak vel | 1.44 | m/s | — | — |
| LVOT peak vel | 1.38 | m/s | — | — |
| Ao VTI | 0.28 | cm | — | — |
| LVOT peak VTI | 0.28 | | — | — |
| AV mean gradient | 5 | mmHg | — | — |
| AV peak gradient | 8 | mmHg | — | — |
| LVOT peak gradient | 7.64 | mmHg | — | — |
| AV area (VTI) | 4.0 | cm2 | — | — |
| AV area (peak vel) | 3.8 | cm2 | — | — |
| Valve area - Index | 1.8 | | — | — |
| AV vena contracta | 3.81 | cm | — | — |
| MV mean gradient | 1 | mmHg | — | — |
| MV VTI | 0.19748982 860602 | cm | — | — |
| MV valve area by PHT | 3.10 | cm2 | — | — |
| MV PHT | 71 | ms | — | — |
| MR Max Vel | 5.24 | m/s | — | — |
| Mitral Valve Deceleration Time | 245.077935 63029 | ms | — | — |
| Proximal ascending aorta | 3.37 | cm | — | — |
| Aortic root (sinus of Valsalva) | 3.75 | cm | — | — |
| Proximal ascending aorta Index | 1.57 | | — | — |
| Aortic root (sinus of Valsalva) index | 1.75 | | — | — |
| Est. RA pres | 3.0 | mmHg | — | — |
| PV mean gradient | 2 | mmHg | — | — |
| PV peak gradient | 3 | mmHg | — | — |
| Pulmonic Valve Systolic Velocity Time Integral | 0.16128298 853926 | cm | — | — |
| PV PEAK VELOCITY | 0.88 | cm/s | — | — |
| RVOT peak vel | 0.88 | m/s | — | — |
| AV Velocity Ratio | 0.96 | | — | — |
| PV Peak S Vel | 0.87945058 366237 | m/s | — | — |
| TAPSE | 2.0 | | — | — |
| Estimated LVEF | 69 | 50 - 75 % | — | — |

| Procedures Performed | Chargeables |
|---|---|
| TRANSTHORACIC ECHO (TTE) COMPLETE [ECH111] | |

#### Result Findings

Left Ventricle
Left ventricular cavity size appears normal. There is mild concentric left ventricular hypertrophy. Left ventricular systolic function is normal, with an ejection fraction of 65-70%. There is no evidence of left ventricular segmental wall motion abnormalities. Grade I (mild) LV diastolic dysfunction.

Right Ventricle
Right ventricle cavity size appears normal. Global right ventricular systolic function is normal. Normal tricuspid annular plane systolic excursion (TAPSE) >1.7 cm.

Left Atrium
Left atrial cavity size is normal. Left atrium volume index is normal.

Right Atrium
Right atrial cavity size is normal.

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Imaging (continued)

IVC/SVC
The inferior vena cava demonstrates a diameter of <=21 mm and collapses >50%; therefore, the right atrial pressure is estimated at 3mmHg.

Mitral Valve
Mitral valve structure is normal. There is mild posterior mitral annular calcification. There is mild mitral valve regurgitation with a centrally directed jet.

Tricuspid Valve
The tricuspid valve structure is normal. There is trace tricuspid valve regurgitation. There is no evidence of tricuspid valve stenosis.

Aortic Valve
The aortic valve is tricuspid. There is mild sclerosis. There is no aortic valve regurgitation or stenosis.

Pulmonic Valve
Pulmonic valve structure is normal. There is no pulmonic valve regurgitation or stenosis.

Ascending Aorta
The sinus of Valsalva and ascending aorta are normal in size.

Pericardium
There is no pericardial effusion.

Study Details
A complete echo was performed using complete 2D, color flow Doppler and spectral Doppler. During the study the apical, parasternal, subcostal and suprasternal views were captured. Overall, the study was diagnostic The patient's blood pressure was 127/77.

Performing Sonographer: TH

---

**Transthoracic echo (TTE) complete**                     Resulted: 02/25/25 1414, Result status: In process

| | |
|---|---|
| Ordering provider: Raikanti, Anupama T., MD  02/24/25 2252 | Order status: Completed |
| Resulted by: Kopelnik, Alexander, MD | Filed by: Hernandez, Teresa, RDCS  02/25/25 1414 |
| Performed: 02/25/25 0955 - 02/25/25 1022 | Accession number: 23170730 |
| Resulting lab: CPACS | |

Narrative:
• Normal global left ventricular systolic function, with an ejection fraction of 65 - 70%.
• Mild concentric  left ventricular hypertrophy.
• Grade I left ventricular diastolic dysfunction.
• Mild mitral annular calcification.
• No previous study for comparison.

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BSA | 2.11305432 53621039 | m2 | — | — |
| LV Diastolic Volume | 95 | mL | — | — |
| LV Systolic Volume | 30 | mL | — | — |
| EF | 69 | % | — | — |
| LVIDD | 3.00 | cm | — | — |
| LVIDS | 2.05 | cm | — | — |
| IVS | 1.40 | 0.6 - 1.0 cm | — | — |
| PW | 1.30 | 0.6 - 1.0 cm | — | — |
| LVOT diameter | 2.24 | cm | — | — |
| LVOT area | 3.96 | cm2 | — | — |
| LV Diastolic Volume Index | 44 | mL/m2 | — | — |



ALAMEDA
HEALTH SYSTEM

Case 4:24-cv-09050-HBK    Document 1    Filed 06/01/24    Page 55 of 65

Johnson, Leonard

MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Imaging (continued)

| | | |
|---|---|---|
| LV Systolic Volume Index | 14 | mL/m2 |
| E/A ratio | 0.91 | — |
| E wave deceleration time | 245.08 | msec |
| MV Peak E Vel | 0.76 | m/s |
| MV Peak A Vel | 0.84 | m/s |
| MV e' average | 0.10 | m/s |
| E/e' ratio | 7.63 | — |
| LV Mass Index | 71 | g/m2 |
| Left Ventricular EF by Teichholz Method | 59.89 | % |
| Stroke Volume | 110 | ml |
| LV mass | 152 | g |
| FS | 32 | >25 % |
| Stroke Volume Index | 51 | >34 ml/m2 |
| LA size | 2.44 | cm |
| Aortic root | 3.75 | cm |
| LA volume | 44 | mL |
| LA Vol Index | 21 | <35 mL/m2 |
| RVIDD | 3.5 | <4.2 cm |
| TAPSE | 2.0 | >1.7 cm |
| RA Volume Index | 11 | <39 ml/m2 |
| RA area | 12.1 | cm2 |
| Ao peak vel | 1.44 | m/s |
| LVOT peak vel | 1.38 | m/s |
| Ao VTI | 0.28 | cm |
| LVOT peak VTI | 0.28 | — |
| AV mean gradient | 5 | mmHg |
| AV peak gradient | 8 | mmHg |
| LVOT peak gradient | 7.64 | mmHg |
| AV area (VTI) | 4.0 | cm2 |
| AV area (peak vel) | 3.8 | cm2 |
| Valve area - Index | 1.8 | — |
| AV vena contracta | 3.81 | cm |
| MV mean gradient | 1 | mmHg |
| MV VTI | 0.19748982 860602 | cm |
| MV valve area by PHT | 3.10 | cm2 |
| MV PHT | 71 | ms |
| MR Max Vel | 5.24 | m/s |
| Mitral Valve Deceleration Time | 245.077935 63029 | ms |
| Proximal ascending aorta | 3.37 | cm |
| Aortic root (sinus of Valsalva) | 3.75 | cm |
| Proximal ascending aorta Index | 1.57 | — |
| Aortic root (sinus of Valsalva) index | 1.75 | — |
| Est. RA pres | 3.0 | mmHg |
| PV mean gradient | 2 | mmHg |
| PV peak gradient | 3 | mmHg |
| Pulmonic Valve Systolic Velocity Time Integral | 0.16128298 853926 | cm |
| PV PEAK VELOCITY | 0.88 | cm/s |
| RVOT peak vel | 0.88 | m/s |
| AV Comp area | 3.97 | — |
| LVOT stroke volume | 65.27 | — |
| AV Velocity Ratio | 0.96 | — |
| PV Peak S Vel | 0.87945058 366237 | m/s |
| MV valve area p 1/2 method | 3.10 | cm |
| TAPSE | 2.0 | cm |
| Estimated LVEF | 69 | 50 - 75 % |

# ALAMEDA
## HEALTH SYSTEM

Johnson, Leonard JR
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Imaging (continued)

| Procedures Performed | Chargeables |
|---|---|
| TRANSTHORACIC ECHO (TTE) COMPLETE [ECH111] | |

## Result Findings

**Left Ventricle**
Left ventricular cavity size appears normal. There is mild concentric left ventricular hypertrophy. Left ventricular systolic function is normal, with an ejection fraction of 65-70%. Grade I (mild) LV diastolic dysfunction.

**Right Ventricle**
Right ventricle cavity size appears normal. Global right ventricular systolic function is normal. Normal tricuspid annular plane systolic excursion (TAPSE) >1.7 cm.

**Left Atrium**
Left atrial cavity size is normal. Left atrium volume index is normal.

**Right Atrium**
Right atrial cavity size is normal.

**IVC/SVC**
The inferior vena cava demonstrates a diameter of <=21 mm and collapses >50%; therefore, the right atrial pressure is estimated at 3mmHg.

**Mitral Valve**
Mitral valve structure is normal. There is mild posterior mitral annular calcification. There is mild mitral valve regurgitation with a centrally directed jet.

**Tricuspid Valve**
The tricuspid valve structure is normal. There is trace tricuspid valve regurgitation. There is no evidence of tricuspid valve stenosis.

**Aortic Valve**
The aortic valve is tricuspid. The aortic valve leaflets are mildly thickened. There is no aortic valve regurgitation or stenosis.

**Pulmonic Valve**
Pulmonic valve structure is normal. There is no pulmonic valve regurgitation or stenosis.

**Ascending Aorta**
The sinus of Valsalva and ascending aorta are normal in size.

**Pericardium**
There is no pericardial effusion.

**Study Details**
A complete echo was performed using complete 2D, color flow Doppler and spectral Doppler. During the study the apical, parasternal, subcostal and suprasternal views were captured. Overall, the study was diagnostic The patient's blood pressure was 127/77.

Performing Sonographer: TH

| Transthoracic echo (TTE) complete | Resulted: 02/25/25 1409, Result status: In process |
|---|---|

Ordering provider: Raikanti, Anupama T., MD  02/24/25 2252
Resulted by: Kopelnik, Alexander, MD
Performed: 02/25/25 0955 - 02/25/25 1022
Resulting lab: CPACS

Order status: Completed
Filed by: Hernandez, Teresa, RDCS  02/25/25 0922
Accession number: 23170730

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BSA | 2.04 | m2 | — | — |



**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Imaging (continued)

| Procedures Performed | Chargeables |
|---|---|
| TRANSTHORACIC ECHO (TTE) COMPLETE [ECH111] | |

**Signed**

Electronically signed by Kopelnik, Alexander, MD on 2/25/25 at 1750 PST

## Imaging

**Ultrasound scrotum (Final result)**

| Ultrasound scrotum | Resulted: 02/21/25 1619, Result status: Final result |
|---|---|
| Ordering provider: Nenninger, Eileen, MD  02/21/25 1408 | Order status: Completed |
| Resulted by: Mun, Sandra, MD | Filed by: Interface, Radiology Results In  02/21/25 1620 |
| Performed: 02/21/25 1530 - 02/21/25 1600 | Accession number: 23163695 |
| Resulting lab: IMAGING | |
| Narrative: | |

ULTRASOUND SCROTUM

Indication: Follow-up  abscess drainage.
Comparison: CT pelvis 02/2025
Technique:  Gray scale, color Doppler and/or duplex sonography

FINDINGS:

Right Testis:  4.7 x 2.3 x 3.4 cm.  Normal echotexture with increased blood flow.  Heterogeneous edematous enlarged epididymis with hypervascularity.  Epididymal cystic lesion measuring 3.3 x 2.5 x 3.9 cm, with low-level internal echoes, possibly cyst or small abscess.  Residual multilocular complicated scrotal fluid collections, largest measuring 4 x 1.5 x 3.9 cm.

Left Testis:  4.3 x 2.7 x 3.3 cm.  Normal echotexture with preserved blood flow.  Severely thickened and edematous epididymis with increased vascularity.  Epididymal cystic lesion measuring 4.3 x 2.8 cm, with low-level internal echoes possibly abscess.

Impression:

1.  Right epididymo-orchitis.  Small complicated cyst or abscess in the right epididymis measuring up to 4 cm.

2.  Residual multilocular right scrotal abscesses, largest pocket measuring 4 x 1.5 x 3.9 cm.

3.  Left epididymitis with abscess measuring 4.3 x 2.8 cm.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

| Ultrasound scrotum | Resulted: 02/21/25 1619, Result status: In process |
|---|---|
| Ordering provider: Nenninger, Eileen, MD  02/21/25 1408 | Order status: Completed |
| Resulted by: Mun, Sandra, MD | Filed by: Mun, Sandra, MD  02/21/25 1619 |

**ALAMEDA**
HEALTH SYSTEM

Johnson, Richard P
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

**Imaging (continued)**

Performed: 02/21/25 1530 - 02/21/25 1600        Accession number: 23163695
Resulting lab: IMAGING

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 – Present |

**Ultrasound scrotum**                                    Resulted: 02/21/25 1521, Result status: In process

Ordering provider: Nenninger, Eileen, MD  02/21/25 1408        Order status: Completed
Resulted by: Mun, Sandra, MD                                   Filed by: Fu, Yan  02/21/25 1521
Performed: 02/21/25 1530 - 02/21/25 1600                        Accession number: 23163695
Resulting lab: IMAGING

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 – Present |

**Signed**

Electronically signed by Mun, Sandra, MD on 2/21/25 at 1619 PST

### X-ray chest 1 view (Final result)

**X-ray chest 1 view**                                    Resulted: 02/21/25 1511, Result status: Final result

Ordering provider: Nenninger, Eileen, MD  02/21/25 1403        Order status: Completed
Resulted by: Mun, Sandra, MD                                   Filed by: Interface, Radiology Results In  02/21/25 1512
Performed: 02/21/25 1459 - 02/21/25 1509                        Accession number: 23163643
Resulting lab: IMAGING
Narrative:

Reason for exam provided: history pulm cocci and TB.
Comparison: 07/16/2024
Technique: X-RAY CHEST 1 VIEW

Impression:

Chronic linear scarring in the right lower lobe.  No acute
consolidation or cavitary lesions.

Cardiomediastinal silhouette is normal.

No pleural effusion or pneumothorax.

### Testing Performed By


ALAMEDA
HEALTH SYSTEM

John Osmar Leonard
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Imaging (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

**X-ray chest 1 view**                                   Resulted: 02/21/25 1511, Result status: In process

Ordering provider: Nenninger, Eileen, MD 02/21/25 1403    Order status: Completed
Resulted by: Mun, Sandra, MD                             Filed by: Mun, Sandra, MD 02/21/25 1511
Performed: 02/21/25 1459 - 02/21/25 1509                  Accession number: 23163643
Resulting lab: IMAGING

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

**X-ray chest 1 view**                                   Resulted: 02/21/25 1459, Result status: In process

Ordering provider: Nenninger, Eileen, MD 02/21/25 1403    Order status: Completed
Resulted by: Mun, Sandra, MD                             Filed by: Arellano, Elvia 02/21/25 1459
Performed: 02/21/25 1459 - 02/21/25 1509                  Accession number: 23163643
Resulting lab: IMAGING

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

**Signed**

Electronically signed by Mun, Sandra, MD on 2/21/25 at 1511 PST

**CT pelvis wo IV contrast (Final result)**

**CT pelvis wo IV contrast**                             Resulted: 02/20/25 1650, Result status: Final result

Ordering provider: Outhay, Malena, MD 02/20/25 1555      Order status: Completed
Resulted by: Roh, Albert Tae-Hun, MD                     Filed by: Interface, Radiology Results In 02/20/25 1651
Performed: 02/20/25 1621 - 02/20/25 1624                  Accession number: 23161043
Resulting lab: IMAGING
Narrative:
INDICATION:
scrotal abscess

TECHNIQUE:
Axial acquisition with multiplanar reformats of pelvis was performed
without intravenous contrast.

CTDIvol: 12.63 mGy
DLP: 498.52 mGy-cm

COMPARISON:
None

FINDINGS:
Large multiloculated scrotal fluid collection measuring at least 9 cm.

Impression:
Large multiloculated scrotal fluid collection measuring at least 9 cm.


MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

## Imaging (continued)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

**CT pelvis wo IV contrast**                    Resulted: 02/20/25 1650, Result status: In process

Ordering provider: Outhay, Malena, MD  02/20/25 1555    Order status: Completed
Resulted by: Roh, Albert Tae-Hun, MD    Filed by: Roh, Albert Tae-Hun, MD  02/20/25 1650
Performed: 02/20/25 1621 - 02/20/25 1624    Accession number: 23161043
Resulting lab: IMAGING

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

**CT pelvis wo IV contrast**                    Resulted: 02/20/25 1621, Result status: In process

Ordering provider: Outhay, Malena, MD  02/20/25 1555    Order status: Completed
Resulted by: Roh, Albert Tae-Hun, MD    Filed by: Giagou, Martin G.  02/20/25 1621
Performed: 02/20/25 1621 - 02/20/25 1624    Accession number: 23161043
Resulting lab: IMAGING

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 22 - IMG | IMAGING | Unknown | Unknown | 07/16/14 1111 - Present |

### Signed

Electronically signed by Roh, Albert Tae-Hun, MD on 2/20/25 at 1650 PST

## Procedures

### ECG 12 lead (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ACMC933086 | — | — | 02/20/25 1416 |

**ECG 12 lead**                    Resulted: 02/25/25 0751, Result status: Final result

Ordering provider: Outhay, Malena, MD  02/20/25 1411    Order status: Completed
Resulted by: Gwynn, Robert E, MD    Filed by: Interface, Radiology Results In  02/25/25 0751
Collected by: 02/20/25 1416    Resulting lab: ALAMEDA HEALTH SYSTEM
Lab Technician: JASON BUAN

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Heart Rate | 102 | BPM | — | ALS |
| Atrial Heart Rate | 102 | BPM | — | ALS |
| PR Interval | 164 | ms | — | ALS |
| QRS Duration | 86 | ms | — | ALS |
| QT Interval | 316 | ms | — | ALS |
| QTc Calculation | 411 | ms | — | ALS |
| P Axis | 77 | degrees | — | ALS |
| R Axis | 70 | degrees | — | ALS |
| T Axis | 76 | degrees | — | ALS |



**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

**Procedures (continued)**

| | | | | |
|---|---|---|---|---|
| Findings | Sinus tachycardiaOtherwise normal ECGWhen compared with ECG of 30-APR-2022 05:53,Vent. rate has increased BY 39 BPMNonspecific ST and T wave abnormality resolvedConfirmed by GWYNN, ROBERT (8877) on 2/25/2025 7:51:46 AM | — | — | ALS |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 69 - ALS | ALAMEDA HEALTH SYSTEM | Alameda Health System Director | 2070 Clinton Avenue Alameda CA 94501 | 12/12/23 0843 - Present |

Resulted: 02/20/25 1421, Result status: Preliminary result

**ECG 12 lead**

Ordering provider: Outhay, Malena, MD  02/20/20 1411
Resulted by: Gwynn, Robert E, MD
Collected by: 02/20/25 1416
Lab Technician: JASON BUAN

Order status: Completed
Filed by: Interface, Radiology Results In  02/20/25 1421
Resulting lab: ALAMEDA HEALTH SYSTEM

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Heart Rate | 102 | BPM | — | ALS |
| Atrial Heart Rate | 102 | BPM | — | ALS |
| PR Interval | 164 | ms | — | ALS |
| QRS Duration | 86 | ms | — | ALS |
| QT Interval | 316 | ms | — | ALS |
| QTc Calculation | 411 | ms | — | ALS |
| P Axis | 77 | degrees | — | ALS |
| R Axis | 70 | degrees | — | ALS |
| T Axis | 76 | degrees | — | ALS |
| Findings | — | — | — | ALS |

Result: Sinus tachycardiaOtherwise normal ECGWhen compared with ECG of 30-APR-2022 05:53,Vent. rate has increased BY  39 BPMBorderline criteria for Anterior infarct are no longer PresentST no longer depressed in Anterior leadsT wave inversion no longer evident in Inferior leadsT wave inversion no longer evident in Anterior leadsQT has shortened

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 69 - ALS | ALAMEDA HEALTH SYSTEM | Alameda Health System Director | 2070 Clinton Avenue Alameda CA 94501 | 12/12/23 0843 - Present |

ALAMEDA
HEALTH SYSTEM

**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Procedures (continued)

---

Resulted: 02/20/25 1419, Result status: Preliminary result

**ECG 12 lead**

Ordering provider: Outhay, Malena, MD  02/20/25 1411
Resulted by: Gwynn, Robert E, MD
Collected by: 02/20/25 1416
Lab Technician: JASON BUAN

Order status: Completed
Filed by: Interface, Radiology Results In  02/20/25 1419
Resulting lab: ALAMEDA HEALTH SYSTEM

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Heart Rate | 102 | BPM | — | ALS |
| Atrial Heart Rate | 102 | BPM | — | ALS |
| PR Interval | 164 | ms | — | ALS |
| QRS Duration | 86 | ms | — | ALS |
| QT Interval | 316 | ms | — | ALS |
| QTc Calculation | 411 | ms | — | ALS |
| P Axis | 77 | degrees | — | ALS |
| R Axis | 70 | degrees | — | ALS |
| T Axis | 76 | degrees | — | ALS |
| Findings | -- | | | ALS |

Result: Sinus tachycardiaOtherwise normal ECGWhen compared with ECG of 30-APR-2022 05:53,Vent. rate has increased BY 39 BPMBorderline criteria for Anterior infarct are no longer PresentST no longer depressed in Anterior leadsT wave inversion no longer evident in Inferior leadsT wave inversion no longer evident in Anterior leadsQT has shortened

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 69 - ALS | ALAMEDA HEALTH SYSTEM | Alameda Health System Director | 2070 Clinton Avenue Alameda CA 94501 | 12/12/23 0843 - Present |

**Signed**

Electronically signed by Gwynn, Robert E, MD on 2/25/25 at 0751 PST

**\*Incision and Drainage (Final result)**

**\*Incision and Drainage**

Ordering provider: Outhay, Malena, MD  02/20/25 1825
Filed by: Outhay, Malena, MD  02/20/25 1847
Narrative:
Outhay, Malena, MD    2/20/2025  6:47 PM
*Incision and Drainage

Order status: Completed

Resulted: 02/20/25 1407, Result status: Final result

Performed by: Outhay, Malena, MD
Authorized by: Outhay, Malena, MD
Consent:
  Consent obtained:  Verbal
  Consent given by:  Patient
  Risks discussed:  Bleeding, incomplete drainage, pain, infection and damage to other organs
  Alternatives discussed:  No treatment and alternative treatment
Universal protocol:
  Patient identity confirmed:  Verbally with patient
Location:
  Type:  Abscess
Pre-procedure details:
  Skin preparation:  Chloraprep
Anesthesia:
  Anesthesia method:  Local infiltration
  Local anesthetic:  Lidocaine 1% w/o epi and lidocaine 1% WITH epi

---

## ALAMEDA
HEALTH SYSTEM

Case 25-cv-00880-HBK    Document 1    Filed 06/30/25    Page 63 of 65

Johnson, Leonard Jr
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

### 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

#### Procedures (continued)

Procedure type:
  Complexity: Complex
Procedure details:
  Needle aspiration: no
  Incision depth: Dermal
  Wound management: Probed and deloculated and extensive cleaning
  Drainage: Purulent
  Drainage amount: Copious
  Wound treatment: Wound left open
  Packing materials: None
Post-procedure details:
  Procedure completion: Tolerated well, no immediate complications
Comments:
  60ml of thick yellow pus drained

| Procedures Performed | Chargeables |
|---|---|
| HC I&D ABSC; COMPL OR MULTI [51010061011] | |
| PR INCISION & DRAINAGE ABSCESS COMPLICATED/MULTIPLE [10061] | |

#### Medication List

##### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Prior To Admission

**moxifloxacin (VIGAMOX) 0.5 % ophthalmic solution**

| | |
|---|---|
| Instructions: Administer 1 drop into the left eye 4 (four) times a day. | |
| Authorized by: Blaauw, Erica P, NP | Ordered on: 7/17/2024 |
| Start date: 7/17/2024 | Quantity: 3 mL |
| Refill: No refills remaining | |

**glucose blood test strip**

| | |
|---|---|
| Instructions: Use to test blood sugar 1 (one) time each day. | |
| Authorized by: Blaauw, Erica P, NP | Ordered on: 7/17/2024 |
| Start date: 7/17/2024 | Quantity: 100 each |
| Refill: 12 refills by 7/17/2025 | |

##### Discharge Medication List

**moxifloxacin (VIGAMOX) 0.5 % ophthalmic solution**

| | |
|---|---|
| Instructions: Administer 1 drop into the left eye 4 (four) times a day. | |
| Authorized by: Blaauw, Erica P, NP | Ordered on: 7/17/2024 |
| Start date: 7/17/2024 | Quantity: 3 mL |
| Refill: No refills remaining | |

**glucose blood test strip**

| | |
|---|---|
| Instructions: Use to test blood sugar 1 (one) time each day. | |
| Authorized by: Blaauw, Erica P, NP | Ordered on: 7/17/2024 |
| Start date: 7/17/2024 | Quantity: 100 each |
| Refill: 12 refills by 7/17/2025 | |

**aspirin 81 mg chewable tablet**

| | |
|---|---|
| Discontinued by: Raikanti, Anupama T., MD | Discontinued on: 3/19/2025 |
| Instructions: Chew and swallow 1 tablet (81 mg total) 1 (one) time each day for 29 doses. | |
| Authorized by: Raikanti, Anupama T., MD | Ordered on: 2/26/2025 |
| Start date: 2/27/2025 | End date: 3/19/2025 |


**02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)**

Medication List (continued)

Quantity: 29 tablet                                             Refill: No refills remaining

**fluconazole (DIFLUCAN) 200 mg tablet**

Instructions: Take 2 tablets (400 mg total) by mouth 1 (one) time each day.
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/27/2025                                            End date: 3/29/2025
Quantity: 60 tablet                                             Refill: No refills remaining

**glucose (GLUCOMETER) monitoring kit**

Instructions: Use to test blood sugar 3 (three) times a day. ICD 10 code E 11
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 1 each
Refill: No refills remaining

**glucose blood test strip**

Instructions: Use to test blood sugar 3 (three) times a day. ICD 10 code E 11
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 100 each
Refill: 11 refills by 2/26/2026

**lancets 30 gauge misc**

Instructions: Use to test blood sugar 3 (three) times a day. ICD 10 code E 11
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 100 each
Refill: 11 refills by 2/26/2026

**alcohol swabs pads, medicated**

Instructions: Apply 1 Swab topically twice a day.
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 100 each
Refill: 11 refills by 2/26/2026

**pen needle, diabetic 32 gauge x 5/32" needle**

Instructions: Inject 1 Pen needle under the skin 4 (four) times a day.
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 100 each
Refill: 11 refills by 2/26/2026

**Sharps Container**

Instructions: Use as directed to dispose of sharps.
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           End date: 2/26/2026
Quantity: 1 each                                                Refill: No refills remaining

**insulin glargine 100 unit/mL (3 mL) injection**

Instructions: Inject 20 Units under the skin 2 (two) times a day.
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 15 mL
Refill: No refills remaining

**insulin lispro (HumaLOG) 100 unit/mL injection**

Instructions: Inject 2-8 Units under the skin 4 (four) times a day (with meals and nightly). Lispro 2-8 units, insulin sliding scale, 4
times a day with meals and at bedtime; 140-200 Take 2 units 201-300 Take 4 units 301-400 Take 6 units More than 400 Take 8
units If blood glucose more than 400 keep checking your blood glucose every 3 hours and cover according to sliding scale until
it is less than 300 then go back to your usual sliding scale Call your primary care physician immediately or come to the
emergency room if your blood glucose is more than 350
Authorized by: Raikanti, Anupama T., MD          Ordered on: 2/26/2025
Start date: 2/26/2025                                           Quantity: 15 mL
Refill: No refills remaining

ALAMEDA
HEALTH SYSTEM
Case 4:25-cv-01490-HBK    Document 1    Filed 07/01/25    Page 65 of 65
Johnson, Leonard Jr.
MRN: 5289567, DOB: 3/31/1959, Legal Sex: M
Adm: 2/20/2025, D/C: 2/26/2025

## 02/20/2025 - ED to Hosp-Admission (Discharged) in San Leandro Hospital 3MS (continued)

### Medication List (continued)

**insulin lispro (HumaLOG) 100 unit/mL injection**

Instructions: Inject 6 Units under the skin 3 (three) times a day with meals.
Authorized by: Raikanti, Anupama T., MD
Start date: 2/26/2025
Refill: No refills remaining

Ordered on: 2/26/2025
Quantity: 15 mL

**sulfamethoxazole-trimethoprim (BACTRIM DS) 800-160 mg per tablet**

Instructions: Take 1 tablet by mouth every 12 (twelve) hours for 8 doses.
Authorized by: Raikanti, Anupama T., MD
Start date: 2/26/2025
Quantity: 8 tablet

Ordered on: 2/26/2025
End date: 3/2/2025
Refill: No refills remaining

**HYDROcodone-acetaminophen (NORCO) 5-325 mg**

Instructions: Take 1 tablet by mouth every 8 (eight) hours if needed for moderate pain or severe pain.
Authorized by: Raikanti, Anupama T., MD
Start date: 2/26/2025
Refill: No refills remaining

Ordered on: 2/26/2025
Quantity: 10 tablet

**naloxone (NARCAN) 4 mg/0.1 mL nasal spray**

Instructions: Administer 1 spray into one nostril See administration instructions. May repeat every 2-3 minutes, alternating nostrils. CALL 911. For questions with how to stay healthy while taking opioids, call or text 510-545-2765.
Authorized by: Raikanti, Anupama T., MD
Start date: 2/26/2025
Quantity: 1 each

Ordered on: 2/26/2025
End date: 3/28/2025
Refill: 1 refill by 2/26/2026

### Stopped in Visit

None