UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>H. MARTINEZ, *et al*.,<br><br>  Defendants. | Case No.  1:25-cv-00850-HBK<br><br>ORDER DEFERRING RULING ON MOTION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO COMPLETE LONG FORM OR PAY $405.00 FILING FEE<br><br>(Doc. No. 2) |

Plaintiff proceeds in this civil action *pro se*. (Doc. No. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's application does not contain sufficient information for the Court to determine if he is entitled to proceed in this action without prepayment of fees. Plaintiff asserts that he receives Supplemental Security Income ("SSI") and CalFresh benefits totaling $100 per month, but does not specify the amount received from SSI. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, it is **ORDERED**:

1. The Court DEFERS a ruling on Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) pending further information.

2. The Clerk of the Court is directed to forward an Application to Proceed in District

Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff.

3. Within twenty-one (21) days of the date on this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

4. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.

Dated:   July 19, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2