UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. MARTINEZ, *Warden, Pleasant Valley State Prison*, MATTHEW CATE, Secretary, CDCR, and S, LONIGRO, *Chief Medical Officer, Pleasant Valley State Prison*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00850-HBK<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING CLERK TO ISSUE CASE DOCUMENTS |

Plaintiff proceeds in this civil action *pro se*. (Doc. No. 1). Plaintiff moved to proceed *in forma pauperis* under 28 U.S.C. § 1915 on July 14, 2025. (Doc. No. 2). On July 21, 2025, the Court deferred ruling on Plaintiff's application and directed Plaintiff to complete the long from application or pay the full filing fee. (Doc. No. 4). On August 4, 2025, Plaintiff paid the $405.00 filing fee for this action (Receipt No. 100005715).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is DISREGARDED as moot.

2. The Court DIRECTS the Clerk of Court to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of

1 consent/decline to proceed before a magistrate judge; 4) scheduling order.

Dated: August 14, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2