1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LEONARD JOHNSON,                          Case No.  1:25-cv-00850-HBK

12              Plaintiff,                     ORDER DISCHARGING SHOW CAUSE
                                              ORDER
13        v.
                                              (Doc. No.  9)
14  H. MARTINEZ, Warden, Pleasant Valley
    State Prison; MATTHEW CATE,                ORDER GRANTING PLAINTIFF'S MOTION
15  Secretary, CDCR; and S. LONIGRO, Chief     FOR EXTENSION OF TIME
    Medical Officer, Pleasant Valley State
16  Prison,                                    (Doc. No. 10)

17              Defendants.

18

19          On December 1, 2025, the undersigned directed Plaintiff, within fourteen days, to show

20  cause why the defendants should not be dismissed under Rule 4(m) and/or why this case should

21  not be dismissed under Fed. R. Civ. P. 41(b).  (Doc. No. 9).  On December 17, 2025, Plaintiff

22  filed a reply to the order to show cause.  (Doc. No. 10).  Therein, he states he has been unable to

23  locate the defendants to effectuate proper service and requests a further 30-day extension of time.

24  (Doc. No. 10).

25          A plaintiff in a federal civil case may serve individual defendants within a judicial district

26  of the United States by either: (1) following state law service requirements in the state where the

27  district court is located or where service is made; or (2) complying with any of the following

28  federal requirements: (A) "delivering a copy of the summons and of the complaint to the

individual personally;" (B) "leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there;" or (C) "delivering a copy of each to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e); *see also*, e.g., Cal. Civ. Proc. Code § 415.30 (listing the requirements for service by mail under California law).  If, however, a defendant is not served within ninety days of filing the complaint, the court "on motion or on its own after notice to the plaintiff[,] must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Rule 4(m) provides that a plaintiff's time to serve the summons and complaint shall be extended if he shows "good cause" for his failure to complete service within 90 days of filing the complaint.  *In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001).  The Court finds Plaintiff has shown good cause and will exercise its discretion to grant Plaintiff a further 30-day extension of time to effectuate service upon defendants.

Accordingly, it is ORDERED:

1.  The December 1, 2025 Show Cause Order (Doc. No. 9) is discharged.

2.  Plaintiff's request for an extension of time (Doc. No. 10) is GRANTED.

3.  Plaintiff shall file proof of service on each defendant no later than February 9, 2026.

4.  If Plaintiff fails to effectuate service on any of the defendants by February 9, 2026 and fails to show good cause for a further extension of time the undersigned recommending dismissal of this action *without prejudice* pursuant to Fed. R. Civ. P. 4(m) without further warning.

Dated:    January 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2