UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON, | Case No.  1:25-cv-00850-HBK |
| Plaintiff, | SECOND AND FINAL ORDER TO SHOW CAUSE |
| v. | MARCH 2, 2026 DEADLINE |
| H. MARTINEZ, Warden, Pleasant Valley State Prison; MATTHEW CATE, Secretary, CDCR; and S. LONIGRO, Chief Medical Officer, Pleasant Valley State Prison, | |
| Defendants. | |

This matter comes before the Court upon periodic review of the file.  Plaintiff, proceeding pro se, filed a civil complaint on July 14, 2025. (Doc. No. 1).  On December 1, 2025, the Court issued a show cause order to Plaintiff directing him to show why the Defendants should not be dismissed under Rule 4(m) and/or why this case should not be dismissed under Fed. R. Civ. P. 41(b) for Plaintiff's failure to effectuate timely service under Federal Rule of Civil Procedure 4(m). (Doc. 9).  After Plaintiff filed a reply to the order to show cause,  the Court granted Plaintiff an extension of time to serve the Defendants until February 9, 2026.  (Doc. 11 at 2 ¶ 4). To date, Plaintiff has not responded to the Court's January 9, 2026 Order or effectuated service under Rule 4(m) and the time to do so has expired.

A case cannot linger indefinitely on this Court's already overburdened docket.  Here,

more than six months have passed and there is no evidence that any defendant has been served a copy of the complaint and summons.  Plaintiff shall file proof of service or show good cause why the defendants should not be dismissed under Rule 4 and/or this case dismissed for Plaintiff's failure to prosecute this action.  Fed. R. Civ. P. 41(b).

Accordingly, it is **ORDERED**:

1.     On or before March 2, 2026, Plaintiff shall file proof of service of summons or show good cause why the defendants should not be dismissed under Federal Rule of Civil Procedure 4(m) and/or this case dismissed under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action.

2.     Failure to timely respond to this order will result in the recommendation that this case be dismissed.

3.     In the alternative, Plaintiff may file a notice to voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a) should he wish to prosecute this action at a later time.

Dated:     February 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2