UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD JOHNSON,

                    Plaintiff,

          v.

H. MARTINEZ, Warden, Pleasant Valley
State Prison; MATTHEW CATE,
Secretary, CDCR; and S. LONIGRO, Chief
Medical Officer, Pleasant Valley State
Prison,

                    Defendants.

Case No.  1:25-cv-00850-KES-HBK

ORDER RECALLING FINDINGS AND
RECOMMENDATIONS

(Doc. 14)

On March 10, 2026, the undersigned submitted Findings and Recommendations ("F&R") to the district court recommending this case be dismissed due to Plaintiff's failure to timely effect service of process consistent with Rule 4(m) and/or prosecute this action. (Doc. 14).  Plaintiff submitted proof of service of process on March 9, 2026 that were not docketed by the Clerk until March 10, 2026.  (Docs. 15, 16, 17).  Thus, the F&R was issued in error.

Accordingly, it is hereby ORDERED:

The Court recalls the March 10, 2026 Findings and Recommendations (Doc. 14).

Dated:    March 11, 2026

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE