UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br>Plaintiff,<br>v.<br>H. MARTINEZ, et al.,<br>Defendants. | Case No. 1:25-cv-00850-KES-HBK<br>ORDER REGARDING RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>21-DAY DEADLINE |

Plaintiff proceeds pro se on his civil rights complaint filed under 42 U.S.C. § 1983 against Defendants H. Martinez, Mathew Cate and S. Lonigro. (Doc. 1). On July 16, 2026, Defendant Cate filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6). (Doc. 27).

Local Rule 230 requires a party to file an opposition to any motion, or a notice of non-opposition, within fourteen (14) days from the date the motion was filed. See L.R. 230(c). Federal Rule of Civil Procedure 15 allows a party to file an amended complaint within twenty-one (21) days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B).

In an abundance of caution, the Court advises pro se litigants, including Plaintiff, that they must file one of the following in response to the motion: (1) an amended complaint under Rule 15(a)(1)(B); (2) an opposition to a motion to dismiss; or (3) a notice of non-opposition. Failure to file one of these documents may be deemed a waiver of opposition to the granting of the motion.

L.R. 230(c). In light of the differing deadlines in Local Rule 230(c) and Rule 15(a), the Court *sua sponte* extends Plaintiff's time to file an opposition, should Plaintiff choose to do so.

Accordingly, IT IS ORDERED:

Within 21 days of service of this Order, Plaintiff shall file one of the following: (1) an amended complaint; (2) an opposition to Defendant's motion to dismiss; or (3) a notice of non-opposition. If Plaintiff does not timely file an amended complaint or an opposition, Defendant's motion to dismiss will be deemed unopposed.

Dated: July 17, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE